UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER<br>          Plaintiff<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, AND CAPGEMINI U.S. LLC<br>          Defendant | CIVIL ACTION NO. 04-11875-NGY |

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, American International Life Assurance Company of New York in the above-entitled action.

        Respectfully Submitted,

        **AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK**
        By its attorney,

        /s/ Robert T. Gill
        _____
        Robert T. Gill, BBO # 192080
        Peabody & Arnold LLP
        30 Rowes Wharf
        Boston, MA 02110
        (617) 951-2100

## **CERTIFICATE OF SERVICE**

    I, hereby certify that on October 26, 2004, I caused to be electronically filed the preceding Notice of Appearance in Civil Action No. 04-11875-NGY with the Clerk of Court using the CM/ECF system.

/s/ Robert T. Gill
_____
Robert T. Gill