IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD HELLER,

    Plaintiff,

v.

CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC

    Defendants

CIVIL ACTION
NO. 04-11875-WGY

## NOTICE OF APPEARANCE

Please enter the following appearance on behalf of Defendants CapGemini U.S., LLC and Cap Gemini Ernst & Young Welfare Plan.

    Brian E. Lewis, Esq.
    Hinckley Allen Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    (617) 345-9000

Respectfully submitted,

CAPGEMINI U.S., LLC and
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorney,

 /s/ Brian E. Lewis
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
(Tel) 617-345-9000

Dated: October 29, 2004

#505552 v1