IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD HELLER,

    Plaintiff,

v.

CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC

    Defendants

CIVIL ACTION
NO. 04-11875-WGY

### MOTION FOR ORDER GRANTING JAMES P. BAKER, ESQ.'S APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Brian E. Lewis, an active member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby move this Court for an Order granting the application of James P. Baker, Esq. to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing CapGemini U.S. LLC and Cap Gemini Ernst & Young Welfare Plan in the above-entitled action.

Attached hereto is a true and correct copy of the application completed by James P. Baker, certifying that he meets each of the requirements for *pro hac vice* admission to practice before this Court.

#505548 v1

Pursuant to Local Rule 83.5.3(b), I have entered an appearance for CapGemini U.S., LLC and Cap Gemini Ernst & Young Welfare Plan in this action.

>Respectfully submitted,
>
>CAPGEMINI U.S., LLC and
>CAP GEMINI ERNST & YOUNG
>WELFARE PLAN
>
>Defendants
>
>By their attorney,
>
>\_/s/ Brian E. Lewis_____
>Brian E. Lewis (BBO#643717)
>Hinckley Allen Snyder LLP
>28 State Street
>Boston, MA  02109
>(Tel) 617-345-9000

Dated:  October 29, 2004