IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 04-11875WGY<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JAMES P. BAKER *PRO HAC VICE*** |

Pursuant to L.R., D. Mass. 83.2, James P. Baker, an active member in good standing of the bar of the State of California, and a Partner with Orrick, Herrington & Sutcliffe, LLP, San Francisco, California, hereby applies for admission to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing Cap Gemini U.S. LLC and Cap Gemini Ernst & Young Welfare Plan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;
3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and
4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

///
///
///
///
///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October, 2004

                                                                                                */s/ James P. Baker*
                                                                                           James P. Baker, SBN 96302