UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER<br>      Plaintiff<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, AND CAPGEMINI U.S. LLC<br>      Defendant | CIVIL ACTION NO. 04-11875-NGY |

CORPORATE DISCLOSURE STATEMENT OF AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK

American International Group, Inc. owns 77.52% of American International Life Assurance Company of New York and American Home Assurance Company owns 22.48% of American International Life Assurance Company of New York.

Respectfully Submitted,

**AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK**
By its attorney,
/s/ Jennifer L. Markowski
_____
Robert T. Gill, BBO # 192080
Jennifer L. Markowski, BBO #655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## **CERTIFICATE OF SERVICE**

    I, Jennifer L. Markowski, Esquire of Peabody & Arnold LLP, hereby certify that on this twenty-fourth day of November, 2004, all counsel of record received electronic copies of the foregoing document through the CM/ECF system:

Joseph H. Skerry, III, Esq.
237 Lexington Street
Woburn, MA 01801

James P. Baker, Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Brian E. Lewis, Esq.
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109

/s/ Jennifer L. Markowski
_____
Jennifer L. Markowski