IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION NO. 04-11875--WGY |

## CORPORATE DISCLOSURE STATEMENT

Respondent Capgemini U.S. LLC states that it is owned 94.7% by Capgemini America Inc., a New Jersey Corporation.  Capgemini America Inc. is owned 100% by Capgemini North America, Inc., a Delaware Corporation.  Capgemini North America, Inc. is owned 100% by Cap Gemini S.A., a French public company (traded on the Paris Stock Exchange).

                                              Respectfully submitted,

                                              CAPGEMINI U.S., LLC and
                                              CAP GEMINI ERNST & YOUNG
                                              WELFARE PLAN

                                              Defendants

                                              By their attorney,

                                               /s/ Brian E. Lewis
                                              Brian E. Lewis (BBO#643717)
                                              Hinckley Allen Snyder LLP
                                              28 State Street
                                              Boston, MA  02109
Dated:  December 3, 2004                        (Tel) 617-345-9000

#509559 v1

-and-

James P. Baker, Esq. (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(Tel) 415-773-5975