UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER<br>      Plaintiff<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, AND CAPGEMINI U.S. LLC<br>      Defendant | CIVIL ACTION NO. 04-11875-WGY |

### CERTIFICATION OF DEFENDANT AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that an authorized representative of the Defendant, American International Life Assurance Company of New York and its counsel have conferred regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

Respectfully Submitted,

AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW
YORK

By its attorneys,

/s/ Jennifer L. Markowski

Robert T. Gill, BBO # 192080
Jennifer L. Markowski, BBO #655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100


AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW
YORK

By: /s/ Myra Zimmerman
Myra Zimmerman

## CERTIFICATE OF SERVICE

I, hereby certify that on December 6, 2004, I electronically filed Certification of Defendant American International Life Assurance Company of New York Pursuant to Local Rule 16.1(D)(3) in Civil Action No. 04-11875-WGY with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph H. Skerry, III
237 Lexington Street
Woburn, MA 01801

James P. Baker, Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Brian Lewis, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109

/s/ Jennifer L. Markowski
_____
Jennifer L. Markowski