| | |
|---|---|
| March 18, 2005 | Deadline for filing oppositions to summary judgment motions. |
| April 1, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment |

The Parties request the matter be set for trial in December 2005.

### 7. Consent to Trial by Magistrate Judge

At present the parties do not anticipate a trial of this matter and do not wish to proceed before a Magistrate Judge.

### 8. Alternative Dispute Resolution

All parties believe the claims likely will be decided by Defendants' respective motions for summary judgment. The parties believe it is in everyone's best interest to revisit the issue of ADR after submission of the motions for summary judgment.

### 9. Settlement

Plaintiff submitted a settlement proposal on December 2, 2004. The parties have been unable to reach any agreement on settlement as of this date.

### 10. Certifications

Local Rule 16.1(D)(3) certifications will be filed by the parties under separate cover.

DATED: December 6, 2004           EDWARD HELLER

                                  Plaintiff

                                  By his attorney,

                                  /s/ Joseph H. Skerry, III

                                  Joseph H. Skerry, III, Esq. (BBO#544124)
                                  237 Lexington Street
                                  Woburn, MA 01801
                                  (Tel) 781-938-1301

-7-

DOCSSF1:785527.7
14776-76 EE3/EE3

DATED: December 6jm, 2004

AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW YORK

Defendant

By its attorney,

/s/ Jennifer L. Markowski
Jennifer L. Markowski, Esq. (BBO#655927)
Robert T. Gill, Esq. (BBO#655927)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(Tel) 617-951-2100

DATED: December 6, 2004

CAPGEMINI U.S. LLC AND
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorney,

/s/ Brian E. Lewis
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
(Tel) 617-345-9000

- and –

James P. Baker, Esq. (admitted pro hac vice)
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(Tel) 415-773-5700

DOCSSF1:785527.7
14776-76 EE3/EE3