UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER<br><br>Plaintiffs<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, AND CAPGEMINI U.S. LLC<br><br>Defendants | CIVIL ACTION NO. 04-11875-NGY |

### *JOINT* MOTION TO ALTER SCHEDULING ORDER TO ELIMINATE DISCOVERY DEADLINES AND TO PROVIDE FOR MASSACHUSETTS SUPERIOR COURT "RULE 9A" TYPE SUMMARY JUDGMENT SUBMISSION

The Plaintiff Edward Heller, and the Defendants CapGemini Ernst & Young Welfare Plan, Capgemini U.S. LLC and American International Life Assurance Company, JOINTLY, move this Court to alter the Scheduling Order in the above-referenced ERISA benefits matter: (i) to eliminate the discovery deadlines (in favor of Rule 56(f) motions); (ii) to change the date for summary judgment submissions (currently February 18, 2005), to April 8, 2005; and (iii) to provide for the submission (on April 8, 2005) of motions, oppositions, and related material, in a single motion packet similar to Massachusetts Superior Court Rule 9A practice and procedure.

In support of this Motion, the parties state that after some discussion, the parties have agreed that any discovery issues in the ERISA benefits case are best presented to the Court in the context of a Rule 56(f) motion, (when the facts and claims will be more focused); that the proposed amended schedule (and procedure) is consistent with Judge Young's suggestions for summary

judgment practice at the December 13, 2004 scheduling conference; and will provide sufficient time for the motions to be heard and decided before the November 2005 trial date.

DATED: January 12, 2005              Joseph H. Skerry, III, Esq (BBO#544124).

                                                    By: /s/ Joseph H. Skerry, III_____

                                                    Attorney for Plaintiff
                                                    Edward Heller

DATED: January 12, 2005              Jennifer L. Markowski, Esq.(BBO#655927)
                                                    Robert T. Gill, Esq.
                                                    PEABODY & ARNOLD, LLP

                                                    By: /s/ Jennifer L. Markowski_____

                                                    Attorneys for Defendants
                                                    American International Life Assurance
                                                    Company of New York

DATED: January 12, 2005              James P. Baker, Esq.(admitted pro hac vice)
                                                    ORRICK, HERRINGTON & SUTCLIFFE

                                                    LLP

                                                    By: /s/ James P. Baker_____

                                                    Attorneys for Defendants
                                                    Capgemini U.S. LLC

DATED: January 12, 2005              Brian E. Lewis Esq.(BBO#643717)
                                                    HINCKLEY, ALLEN & SNYDER, LLP

                                                    By: /s/ Brian E. Lewis_____

                                                    Attorneys for Defendants
                                                    Capgemini U.S. LLC

# **CERTIFICATE OF SERVICE**

I, Jennifer L. Markowski, Esquire of Peabody & Arnold LLP, hereby certify that on this twelfth day of January, 2005, the following counsel of record received electronic copies of the foregoing document through the CM/ECF system:

Joseph H. Skerry, III, Esq.
237 Lexington Street
Woburn, MA 01801

Brian E. Lewis, Esq.
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109

And , the following counsel of record received copies of the foregoing document by first-class mail:

James P. Baker, Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

/s/ Jennifer L. Markowski
_____
Jennifer L. Markowski