IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 04-11875WGY<br><br>**CERTIFICATION OF DEFENDANT CAPGEMINI ERNST & YOUNG WELFARE PLAN AND CAPGEMINI U.S. LLC PURSUANT TO LOCAL RULE 16.1(D)(3)** |

This is to certify that an authorized representative of the Defendants, Capgemini Ernst & Young Welfare Plan and Capgemini U.S. LLC, and its counsel have conferred regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

DOCSSF1:792015.1
14776-76 EE3

Respectfully submitted,

CAPGEMINI U.S. LLC AND
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorney,

/s/ Brian E. Lewis
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
(Tel) 617-345-9000

– and –

James P. Baker, Esq. (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(Tel) 415-773-5700

CAPGEMINI U.S. LLC AND
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

By:

Gerry Silver