IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD HELLER,

      Plaintiff,

v.

CAP GEMINI ERNST & YOUNG WELFARE
PLAN (RE:  ACCIDENTAL DEATH
BENEFITS), AMERICAN INTERNATIONAL
LIFE ASSURANCE COMPANY OF NEW
YORK AND CAPGEMINI U.S. LLC

      Defendants

CIVIL ACTION
NO. 04-11875-WGY

**MOTION FOR ORDER GRANTING EMILY EPSTEIN, ESQ. AND BARCLAY
EDMUNDSON, ESQ.'S APPLICATIONS FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Brian E. Lewis, an active member in good standing

of the bar of the United States District Court for the District of Massachusetts, hereby move this

Court for an Order granting the applications of Emily Epstein and Barclay Edmundson to

practice in the United States District Court for the District of Massachusetts on a *pro hac vice*

basis, representing CapGemini U.S. LLC and Cap Gemini Ernst & Young Welfare Plan in the

above-entitled action.

Attached hereto are true and correct copies of the applications completed by Emily

Epstein and Barclay Edmundson, certifying that they meet each of the requirements for *pro hac*

*vice* admission to practice before this Court.

#518792 v1

Pursuant to Local Rule 83.5.3(b), I have entered an appearance for CapGemini U.S., LLC and Cap Gemini Ernst & Young Welfare Plan in this action.

Respectfully submitted,

CAPGEMINI U.S., LLC and
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorney,

 /s/ Brian E. Lewis
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109
Dated:  February 23, 2005                    (Tel) 617-345-9000