IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 04-11875WGY<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY EMILY EPSTEIN *PRO HAC VICE*** |

Pursuant to L.R., D. Mass. 83.2, Emily Epstein, an active member in good standing of the bar of the State of California, and an Associate with Orrick, Herrington & Sutcliffe, LLP, San Francisco, California, hereby applies for admission to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing Cap Gemini U.S. LLC and Cap Gemini Ernst & Young Welfare Plan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member of a United States Court or of the highest court of another State or the district of Columbia, as indicated above;

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

DOCSSF1:800436.1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed this 17th day of February, 2005

*Emily Epstein*
Emily Epstein, CA SBN 215654

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 04-11875WGY<br><br>APPLICATION FOR ADMISSION OF ATTORNEY BARCLAY EDMUNDSON *PRO HAC VICE* |

Pursuant to L.R., D. Mass. 83.2, Barclay Edmundson, an active member in good standing of the bar of the State of California, and a Partner with Orrick, Herrington & Sutcliffe, LLP, Los Angeles, California, hereby applies for admission to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing Cap Gemini U.S. LLC and Cap Gemini Ernst & Young Welfare Plan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed this 17th day of February, 2005.

                                                                  Barclay Edmundson, CA SBN 89481