IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD HELLER,

    Plaintiff,

v.

CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC

    Defendants

CIVIL ACTION
NO. 04-11875-WGY

## NOTICE OF WITHDRAWAL OF APPEARANCE

Defendants CAP Gemini Ernst & Young Welfare Plan and CAPGemini U.S. LLC ("Defendants") hereby withdraw the appearance of James P. Baker, Esq. in the above-referenced matter.

D. Barclay Edmundson, Esq., Emily Epstein, Esq. and Brian E. Lewis, Esq. shall continue to represent Defendants.

#519897v1

Respectfully submitted,

CAPGEMINI U.S., LLC and
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorneys,

  /s/ Brian E. Lewis
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109
(Tel) 617-345-9000


- and –

D. Barclay Edmundson (admitted *pro hac vice*)
Emily Epstein, Esq. (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
(Tel) 415-773-5700

Dated:  March 3, 2005