(A) summarizes the claims history, claims expenses, or type of claims experienced by individuals for whom an Employer has provided health benefits under a group health plan; and

   (B) from which the information described in DHHS Reg. 164.514(b)(2)(i) has been deleted, provided, however, that notwithstanding the foregoing, the geographic information described in DHHS Reg. 164.514(b)(2)(i)(B) need only be aggregated to the level of a five digit zip code.

2. <u>Disclosure of Summary Health Information</u>. The Plan may Disclose Summary Health Information to the Plan Sponsor only if the Plan Sponsor requests the Summary Health Information for the purpose of:

  (i) obtaining premium bids from health plans for providing health insurance coverage under the Plan; or

  (ii) modifying, amending or terminating the Plan.

3. <u>Disclosure of Enrollment Information</u>. The Plan may Disclose to the Plan Sponsor information on whether the individual is participating in the Plan, or is enrolled or has disenrolled from a health insurance issuer or HMO offered by the Plan.

4. <u>Use or Disclosure of Protected Health Information</u>. With respect to Protected Health Information, the Plan shall:

  (i) establish the permitted and required uses and Disclosures of such information by or to the Plan Sponsor, which are consistent with the HIPAA Privacy Rules and DHHS Reg. 164.504(f); and

  (ii) Disclose Protected Health Information to the Plan Sponsor only upon receipt of a certification by the Plan Sponsor, substantially in the form attached hereto as Exhibit A, that this amended and restated Plan has been adopted to incorporate the provisions required by DHHS Reg. 164.504(f)(2)(ii).

5. <u>Plan Procedures</u>. With respect to Protected Health Information, the Plan Sponsor shall:

  (A) Not use or further Disclose the information other than as permitted or required by the Plan documents or as required by law;

  (B) Ensure that any agents, including a subcontractor, to whom the Plan Sponsor provides Protected Health Information received from the Plan agree to the same restrictions and conditions that apply to the Plan Sponsor with respect to such information;

  (C) Not use or Disclose the information for employment-related actions and decisions or in connection with any other benefit or employee benefit plan of the Plan Sponsor;

13

CG 00038

(D) Report to the Plan any use or Disclosure of the information of which the Plan Sponsor becomes aware that is inconsistent with the uses or Disclosures provided for;

(E) Make available an individual's Protected Health Information to him or her in accordance with DHHS Reg. 164.524;

(F) Make available an individual's Protected Health Information to him or her for amendment by the individual, and incorporate any amendments to Protected Health Information in accordance with DHHS Reg. 164.526;

(G) Make available to the Plan the information required to provide an accounting of Disclosures in accordance with DHHS Reg. 164.528;

(H) Make its internal practices, books, and records relating to the use and Disclosure of Protected Health Information received from the Plan available to the DHHS for purposes of determining compliance by the Plan with the HIPAA Privacy Rules;

(I) If feasible, return or destroy all Protected Health Information received from the Plan that the Plan Sponsor still maintains in any form and retain no copies of such information when no longer needed for the purpose for which Disclosure was made, except that, if such return or destruction is not feasible, the Plan Sponsor will limit the further uses and Disclosures to those purposes that make the return or destruction of the information infeasible; and

(J) Ensure that the adequate separation required in DHHS Reg. 164.504(f)(2)(iii) is established.

6. Separation Between the Plan and the Plan Sponsor.

(i) In accordance with DHHS Reg. 164.504(f)(2)(iii), this paragraph describes those employees or classes of employees or other persons under the control of the Plan Sponsor to be given access to the Protected Health Information to be Disclosed. Any employee or person who receives Protected Health Information relating to payment under, Health Care Operations of, or other matters pertaining to the Plan in the ordinary course of business shall be included in this description. The following employees shall be provided such access: all employees of the National Benefits Office of Cap Gemini Ernst & Young U.S. LLC and any other employees in the legal, financial, tax, IT, payroll and other departments, groups or areas within Cap Gemini Ernst & Young U.S. LLC or any of its participating affiliates that, in the sole discretion of the Plan Sponsor, reasonably require such assess in order to carry out any of the Plan Administration Functions set forth in Section 8 hereof. The Plan Sponsor shall limit such individuals' access to Protected Health Information to the minimum reasonably necessary for such purposes.

(ii) In accordance with DHHS Reg. 164.504(f)(2)(iii), the access to and use by such employees and other persons described in paragraph (i) above shall be restricted to the Plan Administration Functions that the Plan Sponsor performs for the Plan; and

(iii)  In accordance with DHHS Reg. 164.504(f)(2)(iii), the Plan shall adopt sanction procedures that provide an effective mechanism for resolving any issues of noncompliance by persons described in paragraph (i) above with the provisions of this Section 6. The Plan Sponsor will promptly report any breach, violation or noncompliance to the Plan and will cooperate with the Plan to correct the breach, violation or noncompliance, to impose appropriate disciplinary action and/or sanctions, and to mitigate any deleterious effect of the breach, violation or noncompliance.

7.  <u>Specific Uses and Disclosures</u>. The Plan may:

(i)  Disclose Protected Health Information to the Plan Sponsor to carry out Plan Administration Functions that the Plan Sponsor performs only consistent with the provisions of Section 5 above;

(ii)  Not permit a health insurance issuer or HMO with respect to the Plan to Disclose Protected Health Information to the Plan Sponsor except as permitted by this Section;

(iii)  Not Disclose Protected Health Information to the Plan Sponsor for the purpose of employment-related actions or decisions or in connection with any other benefit or employee benefit plan of the Plan Sponsor; and

(iv)  Not Disclose, and may not permit a health insurance issuer or HMO to Disclose, Protected Health Information to the Plan Sponsor as otherwise permitted by this Section, unless the Plan gives the individual written notice required by DHHS Reg. 164.520(b), and including a separate statement that the Plan, or a health insurance issuer or HMO with respect to the Plan, may Disclose Protected Health Information to the Plan Sponsor.

8.  <u>Plan Administration Functions</u>. The Plan Sponsor may use the Protected Health Information for the following Plan Administration Functions:

(i)  payment; and

(ii)  Health Care Operations, such as quality assurance, claims processing, auditing, monitoring and management of carve-out plans such as vision or dental plans.

CG 00040

# EXHIBIT A

## CERTIFICATION OF PLAN SPONSOR

The undersigned hereby certifies on behalf of Cap Gemini Ernst & Young U.S. LLC (the "Plan Sponsor") that the Cap Gemini Ernst & Young Welfare Benefit Plan Administrative Document (the "Plan"), including its component plans, has been amended in accordance with Regulation Section 164.504(f) of the Department of Health and Human Services, and that the Plan Sponsor agrees to all of the conditions set forth in Appendix C to the Plan entitled "HIPAA Privacy Rules."

Cap Gemini Ernst & Young U.S. LLC

By: _____

Its: _____

16

CG 00041

# APPENDIX D
## SAMPLE ADOPTION AGREEMENT

### for the
### Cap Gemini Ernst & Young
### Welfare Benefit Plan Administrative Document

Effective _____, 2003, _____, Inc. ("XXX") elects to become a participating Employer in the Cap Gemini Ernst & Young Welfare Benefit Plan Administrative Document (the "Welfare Benefit Plan"), and its component plans, for the benefit of its eligible employees. XXX has received a copy of the Plan document and the component plan documents and agrees to be bound by the terms and conditions set forth therein. XXX acknowledges that its election to adopt the Plan will remain in effect until and unless it notifies Cap Gemini Ernst & Young U.S. LLC, the Plan Administrator, in writing of its decision to withdraw from the Plan.

SIGNED:

_____, Inc.

By: _____
Its: _____

Date: _____, 2003

ACCEPTED:

Cap Gemini Ernst & Young U.S. LLC

By: _____
Its: Chief People Officer
Date: _____, 2003

CG 00042