# EXHIBIT B

# (ZIMM. AFF.)

*HELLER V. CAP GEMINI ERNST & YOUNG, ET AL.*
*C.A. NO. 04-11875-WGY*

PAI 8060643

# CAP GEMINI ERNST & YOUNG U.S.

# ACCIDENTAL DEATH & DISMEMBERMENT

# SUMMARY PLAN DESCRIPTION

This Summary Plan Description is provided by Cap Gemini Ernst & Young U.S. LLC.
Fidelity is not responsible for its contents.

AD&D SPD 07012002 rev 092002

1

# CAP GEMINI ERNST & YOUNG U.S.
## Accidental Death & Dismemberment Plan
### (Effective July 1, 2002)

Cap Gemini Ernst & Young U.S. LLC (the "Company") has established and maintains the Cap Gemini Ernst & Young U.S. Accidental Death and Dismemberment Plan (the "AD&D Plan" or the "Plan") for the benefit of Eligible Employees and their Eligible Dependents. Participants pay the full cost of the coverage.

The Company provides benefits under this Plan through an insurance policy purchased from American International Life Assurance Company ("AIG"). The Company forwards the premiums you pay to the insurance company. The insurance company provides coverage under the terms of the insurance policy, which is the legal document that governs whether benefits will be payable in any situation. AIG is solely responsible for evaluating claims and for paying benefits under this Plan.

The AD&D Plan is intended to constitute an "employee welfare benefit plan" as the term is defined in Section 3(1) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). The booklet constitutes the summary plan description and part of the plan document for the AD&D Plan. This AD&D Plan supercedes and replaces any prior group AD&D plans or programs that were applicable to Eligible Employees and their eligible dependents.

This booklet describes the main provisions of the Plan, effective July 1, 2002. Complete details appear in the actual insurance policy, that governs the benefits payable under this Plan and in the Cap Gemini Ernst & Young U.S. LLC Welfare Plan Administration Document (the "Administration Document"), that governs the operation and administration of the Plan. Please read this booklet carefully. If you have any questions about the Plan, we will be happy to answer them. If a conflict should arise between the provisions of this booklet and the insurance policy or the Administration Document, the insurance policy or Administrative Document will govern.

The Company is the Plan Administrator and the named fiduciary under the Plan. The Company has the right to amend or terminate the Plan at any time.

# INTRODUCTION

The AD&D Plan provides you with financial protection if you die or receive certain serious injuries as the result of an accident on or off the job. You may also cover your eligible dependents. With this coverage, you are covered 24 hours a day against any type of business-related or non-business-related accident anywhere in the world. A percentage of the full benefit is paid in the event of dismemberment.

Accidents are the fifth leading cause of death for people of all ages. Today alone, over 250 people will die in accidents in the U.S. Unfortunately, many families may be financially unprepared for this unexpected loss. Take a look at your long-term financial needs and those of your family. A serious injury or the accidental death of a wage earner can be devastating, even in two-income families. Home mortgage payments, college education costs, retirement savings, and care for children and elderly family members may all be jeopardized if the money is not there to help provide the security you need.

# ELIGIBILITY

**Eligible Employees**

You are eligible to participate in the Plan if you are:

- An active, permanent, full-time employee*; or
- An active, permanent, part-time employee scheduled to work at least 20 hours a week.*

* You must be an employee of the *Company*, Cap Gemini America, Inc. ("CGA") or any of their participating affiliates and/or subsidiaries (as listed in the schedule maintained by the Company) and you must be domiciled in the United States. For purposes of the Plan, a full-time employee is one who regularly works a minimum of 30 hours per week.

Independent contractors are not eligible to participate in the Plan. Employees on a leave of absence may be eligible to continue their participation in the Plan based on the leave policy in effect.

**Eligible Dependents**

If you elect to participate in the Plan, you may also elect to cover your eligible dependents under the Plan. Your eligibile dependents include:

- Your spouse (to whom your marriage is recognized under state law) or domestic partner as defined below;
    - Your unmarried children under age 25 who are dependent upon you for support;
    - Your unmarried children who became permanently and totally disabled prior to age 25 (you must provide proof that they are disabled within 31 days after they reach 25); and
    - Any other unmarried person who has not yet reached age 25; and
        - receives more than half his or her support from you;
        - has your home as his or her principal residence; and
        - for whom you are legal guardian under state law.

Under the Company's current Domestic Partner Policy, the Company defines an employee's domestic partner as an individual who meets all of the following criteria:

- Has reached the age of 18 and is competent to consent to contract.
- Is of the same gender as the employee.
- Is not married and is not the domestic partner of anyone other than the employee.
- Is not related by blood to the employee in any way that would prohibit marriage in their state of residence.
- Shares a principle place of residence for at least 6 months with the employee and intends to do so indefinitely.
- Has mutually agreed with the employee to be jointly responsible for each other's common welfare and basic living expenses.
- Is registered (together with the employee) as a domestic partner in those municipalities and/or states where domestic partner registries exist or has shared a principle place of residence with the employee for at least six months.

A person cannot be covered under the Plan as both an employee and a dependent. In addition, if you and your spouse or domestic partner are both employees, only one of you can cover your dependent children under the Plan.

Your children include your own or your spouse's or domestic partner's biological and adopted children (including children placed for adoption).

## EFFECTIVE DATE OF COVERAGE

The effective date of your coverage can vary, depending on when you enroll as discussed in the Enrollment section of this booklet. Your effective date will be as follows:

| Event | Effective Date |
|---|---|
| New Hire, Re-Hire*, Newly Eligible or Re-Eligible | The first of the month following or coincident with the later of your:<br>• Hire date or re-hire date<br>• The date you satisfy the eligibility criteria |
| Annual Enrollment | July 1st |
| Change in Status | The first of the month following the change in status. If the change of status is due to birth, adoption, or placement for adoption, coverage will be effective the date of the event if sufficient notice is provided by you. |

\* If you are rehired within 31 days, you will automatically be enrolled in the coverage you were previously enrolled in prior to your separation date from the Company.

## COST

You pay the full cost of this benefit. Your cost will be deducted from your pay on an after-tax basis. Please refer to Schedule A in this booklet for your costs.

## COVERAGE

An eligible employee may elect from the following options available under the Plan:

- *Individual Plan* - You are covered for the amount you choose, from $10,000 to $1,000,000. Coverage will be available in $10,000 increments
- *Family Plan* - You may also elect to purchase AD&D insurance coverage for you and your eligible dependents. The benefit coverage for your dependent(s) is based on whom you choose to enroll, the amount of coverage you elect for yourself, and the type of loss experienced as a result of the accident.

The chart below shows the maximum benefit coverage for your covered dependents under the Family Plan, based on the dependent(s) you wish to cover:

| Dependent | Maximum Benefit Coverage |
| --- | --- |
| Spouse / Domestic Partner only | 60% of Employee's Benefit, up to $600,000 |
| Dependent child(ren) only | 15% of Employee's Benefit, up to $100,000 |
| Family coverage | Spouse/Domestic Partner 50% of Employee's Benefit; Dependent child(ren) 10% of Employee's Benefit |

You also have the option of electing no coverage.

If you enroll, you (and your eligible dependents if you enroll under the Family Plan) are covered 24-hours a day, 365 days a year against covered accidents occurring in the course of business or pleasure. Coverage is provided for injuries caused by accidents that occur on or off the job, at home, while traveling by plane, train, automobile, or any other public or private air, land or water conveyance except as limited by any exclusions as discussed in the "Exclusions" section of this booklet.

## ENROLLMENT

### New Hires or Newly Eligible

You enroll by indicating your desired option (i.e. Individual Plan or Family Plan) and benefit coverage within 31 days of the date you initially become eligible. Your employer will deduct the cost of your coverage from your pay.

You may enroll in the AD&D Plan by accessing *BenefitsDirect* via the web site, or talking with a service representative.

If you do not enroll within the specified timeframe, you will not be covered under the Plan. You will default to "no coverage".

**Annual Enrollment**

You may change your plan option (e.g. Individual to Family or vice versa) or coverage amount during any subsequent annual enrollment period—usually during the month of May—to become effective on July 1st.

You may only change your coverage during the Plan Year if you have a status change as discussed in the Status Change section of this booklet.

If you do not change your plan option or coverage amount during the annual enrollment period, your default coverage will be the plan option and coverage you had selected for the previous Plan Year.

## CHANGE IN STATUS

An eligible employee will be permitted to change his or her coverage election under the AD&D Plan within 31 days of a change in status.

A change in status means the occurrence of any of the following events:

- Employee's marriage
- Employee's divorce or legal separation
- Birth, adoption or placement for adoption an employee
- Death of employee's dependent
- Involuntary loss or substantial change in the employee's lawful spouse's or domestic partner's employment-related coverage
- Return from on an unpaid leave of absence
- Loss of dependent eligibility
- Change of employment status for employee, spouse, domestic partner or child which impacts benefits eligibility
- Employee's commencement of a domestic partner relationship that satisfies the requirements
- Employee's dissolution of a domestic partner relationship
- Entitlement to Medicare or Medicaid
- Judgement, decree or court order to cover a dependent child

You must notify the Benefits Administrator within 31 days of a change in status. A coverage change must be consistent with the type of event. Your elections will be effective as discussed in the Effective Date section of this booklet. If you experience one of the above status changes and you are not sure what changes you may make to your coverage, please contact a BenefitsDirect Representative. They will be able to assist you with any questions that you may have.

## AIG ASSIST SERVICES

AIG Assist is available 24-hours a day, 7 days a week. AIG's multi-lingual/multi-cultural Travel Assistance Coordinators are trained professionals ready to help you or your covered dependents should the need arise while you are traveling or away from home.

You can call AIG Assist Services:

- When you require medical assistance or have a medical emergency

- For all non-medical situations (lost luggage, lost documents, legal help, etc.)
- Whenever there is a question

The following is a brief description of your Travel Assistance Services. These services are provided only while you or your covered dependents are traveling a distance of 100 miles or more away from your residence or permanent place of assignment for business travel. For a more detailed description, please call 1-800-626-2427..

- Pre-Departure Services
- Lost Baggage/Passport
- Insurance Coordination
- Emergency Cash
- Travel Medical Emergency Services
- Legal Assistance
- Evacuation & Repatriation
- General Assistance
- Emergency Message Center

## AGE REDUCTION

Your AD&D coverage will be reduced if you are over age 70, as follows:

**Age Reduction Schedule**

| Age | Benefit Reduction |
|---|---|
| 70-74 | 80% of pre-age 70 amount |
| 75-79 | 55% of pre-age 70 amount |
| 80-84 | 35% of pre-age 70 amount |
| 85 and over | 20% of pre-age 70 amount |

Premiums will be calculated on the pre-age 70 amount.

## BENEFIT SCHEDULE

If you should die or be injured due to an accident, benefits will be paid for the following losses:

**Schedule for Insured and Insured Spouse/Domestic Partner Only**

| Loss of: | Percentage of Insurance Paid |
|---|---|
| Both Hands or Both Feet | 100% |
| Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and the Sight of One Eye | 100% |
| One Foot and the Sight of One Eye | 100% |
| Speech and Hearing in Both Ears | 100% |
| One Hand or One Foot | 50% |
| Sight of One Eye | 50% |
| Speech or Hearing in Both Ears | 50% |
| Thumb and Index Finger of Same Hand | 25% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Hemiplegia | 50% |
| Uniplegia | 25% |

Loss Due to Coma ...........................................................................................................1% Per Month

**Schedule for Insured Dependent Child(ren) Only**

| Loss of: | Percentage of Insurance Paid |
|---|---|
| Both Hands or Both Feet | 200% |
| Sight of Both Eyes | 200% |
| One Hand and One Foot | 200% |
| One Hand and the Sight of One Eye | 200% |
| One Foot and the Sight of One Eye | 200% |
| Speech and Hearing in Both Ears | 200% |
| One Hand or One Foot | 100% |
| Sight of One Eye | 100% |
| Speech or Hearing in Both Ears | 100% |
| Hearing in One Ear | 50% |
| Thumb and Index Finger of Same Hand | 50% |
| Quadriplegia | 200% |
| Paraplegia | 150% |
| Hemiplegia | 100% |
| Uniplegia | 50% |
| Loss Due to Coma | 1% Per Month |

## OTHER BENEFITS

**Day Care Benefit** (Only available with *Family Coverage*)

The Day Care Benefit helps pay covered day care expenses equal to the lesser of 1) the actual cost of care; 2) 5% of your coverage or 3) $5,000 on behalf of eligible dependent children who are enrolled or who subsequently enroll in a day care facility within a specified time of your covered accidental death up to a maximum of four years.

**Permanent Total Disability Benefit** (Not Applicable to employees age 70 or over or covered dependents)

Pays 100% of your coverage if you suffer a covered permanent total disability and you remain permanently and totally disabled for at least 12 months. Benefits are payable, up to a stated maximum, for as long as you remain permanently totally disabled. Permanent total disability means you are permanently unable to perform the material and substantial duties of any occupation for which you are qualified by reason of education, experience or training.

**Rehabilitation Benefit**

Reimburses covered rehabilitation expenses, up to a maximum of $25,000, if incurred within two years of and as a result of an accident causing a covered dismemberment or paralysis.

**Seat Belt and Air Bag Benefit**

Pays an additional benefit of 10% of the covered person's coverage up to a maximum of $25,000, if a covered person suffers a covered accidental death while operating or riding as a passenger in a private passenger automobile if it is verified that such person was wearing a properly-fastened, original, factory-installed seat belt. In addition, if a Seat Belt Benefit is payable and the covered person was also positioned in a seat protected by a properly-functioning, original, factory-installed air bag that inflates on impact in the same accident, then a second additional benefit of 10% to a maximum of $10,000 of the covered person's coverage will be payable.

**Tuition and Group Medical/Dental Premium Continuation Reimbursement Benefit** (Only available with *Family Coverage*)

Pays an additional benefit equal to the lesser of (1) the actual tuition, (2) 5% of your coverage, or (3) $5,000 if you suffer a covered accidental death so that your covered eligible dependent children can continue or commence under certain circumstances their education in an institution of higher learning (up to a maximum of four years).

Also pays an additional benefit equal to the lesser of (1) the actual tuition, (2) 5% of your coverage, or (3) $5,000 if you suffer a covered accidental death so that your covered spouse/domestic partner can continue or commence under certain circumstances their education in an institution of higher learning or so that your covered eligible spouse/domestic partner can enroll in a professional or trade training program to obtain an independent source of support.

Also pays additional benefits for a limited time equal to the group medical/dental premiums of your covered spouse /domestic partner and/or covered dependent children elect if (a) you suffer a covered accidental death and (b) they elect within 60 days, to continue group medical and/or dental coverage under a plan already provided through Cap Gemini Ernst & Young US LLC.

**Waiver of Premium Benefit**

You may be eligible for continued coverage at no cost to you if you are approved for benefits under the Cap Gemini Ernst & Young U.S. LCC Long Term Disability Plan and you have applied and have been approved for the waiver of premium under the Cap Gemini Ernst & Young U.S. LLC Life Insurance Plan.

# FILING A CLAIM

A claim must be submitted to AIG in writing and must be accompanied by an original death certificate or proof of your loss.

# PAYMENT OF BENEFITS

Benefits will be paid as soon as the necessary proof to support the claim is received.

# TERMINATION OF COVERAGE

Coverage under the AD&D Plan will cease on the day in which one of the following occurs:
- You are no longer employed by a participating employer
- The AD&D Plan terminates or is amended to exclude the class of individuals that includes you or your dependents
- If you become eligible for coverage under a plan intended to replace this coverage
- If AIG terminates the policy
- If the Company discontinues the Plan
- If premiums due under the insurance policy have not been timely paid.

If you are on an approved leave of absence and you continue to pay the required premium for coverage, coverage will end as follows unless you return to active work:

| Type of Leave | Coverage End Date |
|---|---|
| Short Term Disability Leave | Coverage will end the day you are no longer disabled<br><br>(Please note that your coverage may continue for up to 16 weeks after you have exhausted your Short Term Disability benefits provided that you are eligible for a Family Medical Leave (FMLA). |
| Family Medical Leave (FMLA) | Coverage will end the day your FMLA is exhausted. |
| Military Leave | Coverage will end the earlier of:<br>• The 6th month from the date your military leave began; or<br>• the date your military leave expires. |
| Other Leaves (i.e. Personal, Educational, etc.) | Coverage will end on the 3rd month from the date your leave began. |

If you are on an unpaid leave of absence and wish to continue your coverage, you will be required to remit premiums on a monthly basis to BenefitsDirect. You will receive a coupon booklet from BenefitsDirect when they receive notice of your unpaid leave.

## CONVERSION

If your coverage ends or your dependent's coverage ends for any reason other than non-payment of premiums, coverage may be converted to an individual accidental death & dismemberment policy. AIG must receive a written application within 31 days after coverage ends under the Plan. Evidence of insurability is not required to obtain an individual policy. The individual policy will be a type the insurance company regularly makes available on its effective date. The initial premium for the individual policy will be based on the person's attained age, risk class and amount of insurance provided, at the time of the application for the individual policy.

Coverage under the individual policy will take effect on the later of:
1. The date the application and required premium payment are received by the insurance company; or
2. The date the insured person's coverage under the Plan ends.

In the event the application and required premium are not received prior to the termination of coverage under the Plan, coverage is not provided from the date coverage ends under the Plan until the date coverage under the individual policy becomes effective. Coverage under the

individual policy may not be less than $100,000 and may not exceed the greater of: (1) the amount for which the insured person was covered under the Plan; or (2) $250,000.

## EXCLUSIONS

The Plan does not cover any loss caused in whole or in part by, or resulting in whole or in part from, the following:

1. Suicide or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury;

2. Travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the Insured Person is:

    a. Riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;
    b. Performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft; or
    c. Riding as a passenger in an aircraft owned, leased or operated by the Policyholder or the insured person's employer;

3. Declared or undeclared war, or any act of declared or undeclared war;
4. Full-time active duty in the armed forces of any country or international authority, except the National Guard or organized reserve corps duty (unearned premium will be returned if the insured person enters military service);
5. The insured person being under the influence of drugs or intoxicants, unless taken under the advice of a Physician; or
6. The insured person's commission of or attempt to commit a felony.
7. Sickness or disease of any kind; or bacterial infections, except infections due to an accidental cut or botulism or ptomaine poisoning.

## NAMING A BENEFICIARY

Unless you name a specific beneficiary under the Plan, your beneficiary for the Plan will be that person or those persons designated as your beneficiary under the Cap Gemini Ernst & Young US LLC's Group Life Insurance Plan as shown on Cap Gemini Ernst & Young U.S. LLC's records kept on that Plan.

You will be the beneficiary of your covered dependents for their accidental death, unless designated and filed otherwise. Benefit payments made for all other losses will be made to (or on behalf of) the person suffering the loss.

You should periodically review your beneficiary designation to make certain that it reflects any recent life event changes, such as marriage, divorce, or birth of a child. This ensures that in the event a benefit becomes payable, it would be paid in accordance with your wishes. You may download additional Beneficiary Forms from the BenefitsDirect website.

# THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA)

## General ERISA Information

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA):

| | |
|---|---|
| Plan Name | Cap Gemini Ernst & Young U.S. LLC Welfare Benefit Plan Administration Document (of which the AD&D Plan is a part) |
| Employer Identification Number | 22-3712959 |
| Plan Number | 501 |
| Plan Sponsor and Employer | Cap Gemini Ernst & Young U.S. LLC<br>1280 Wall Street West<br>Lyndhurst, NJ 07071 |
| Type of Plan | An employee welfare plan that provides group AD&D insurance for eligible employees and eligible dependents. This Plan is one of the benefits offered under the Cap Gemini Ernst & Young U.S. LLC Welfare Benefit Plan Administration Document. |
| Type of Administration | Contract Administration |
| Plan Year | July 1st to June 30th |
| Plan Administrator | Cap Gemini Ersnt & Young U.S. LLC<br>1280 Wall Street West<br>Lyndhurst, NJ 07071 |
| Insurance Company | American International Life Assurance Company ("AIG")<br>70 Pine Street<br>New York, NY 10270 |
| Plan Contributions | Paid by employee contributions |
| Funding Medium | AIG; fully-insured |
| Agent for Service of Legal Process | Cap Gemini Ernst & Young U.S. LLC<br>General Counsel<br>750 Seventh Avenue<br>New York, NY 10019 |
| How to File a Claim | You may get the required claim forms from the Fidelity NetBenefits web site (http://netbenefits.fidelity.com). |