| Review of Claim | AIG has the sole discretionary authority to determine eligibility for benefits and to interpret the terms of the insurance policy. All determinations and interpretations made by AIG are conclusive and binding on all parties. |
| --- | --- |
| | A decision on a claim will be made within 90 working days after receipt by AIG of a properly executed, complete proof of loss. Complete proof of loss includes any investigation by AIG necessary to determine its liability under the insurance policy. |
| | If your claim is denied in whole or in part, AIG will provide written notice of the denial to you. The notice will contain: (1) the specific reason or reasons for the denial; (2) specific references to pertinent provisions of the policy upon which the decision is based; (3) a description of any additional material or information needed to perfect the claim and an explanation of why it is necessary; and (4) an explanation of the Plan's claim review procedures. |
| | You may request a review of the denied claim. The request must be submitted in writing within 60 days after you receive written notice of the denial. You have the right to review, upon request and free of charge, copies of all documents, records, and other information relevant to your claim for benefits, and you may submit written comments, documents, records and other information relating to your claim. You should submit your request for review to the office of the AIG to which you submitted your initial request for benefit payment. |
| | AIG will review your claim and ordinarily notify you of its final decision within 60 days of receipt of your request. If special circumstances require an extension of time (of up to an additional 60 days), you will be notified of such extension during the 60 days following receipt of your request. The decision on review will be in writing, and it will include the specific reasons for the decision and the specific references to the pertinent provisions of the policy upon which the decision is based. |

**Your Rights Under ERISA**

The following statement is required by federal law and regulation:

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office (and at other specified locations), all Plan documents, including the contracts, agreements, and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions.

- Obtain copies of all Plan documents and other information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

AD&D SPD 07012002 rev 092002                    13

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate the Plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other participants and beneficiaries.

No one, including Cap Gemini Ernst & Young U.S. LLC or any other person, may terminate your employment or otherwise discriminate against you in any way to prevent you from obtaining benefits from the Plan or exercising your rights under ERISA.

If your claim for a benefit is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.
Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In this case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If your claim for benefits is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that the Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if the court finds your claim to be frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about your rights under ERISA, you should contact the nearest Area Office of the U.S. Department of Labor, Pension and Welfare Benefits Administration, listed in your telephone directory or the Division of Technological Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue NW, Washington, DC 20210.

## SCHEDULE A

**THE COST OF AD&D COVERAGE**

| Plan Option | Semi-Monthly Employee Cost |
|---|---|
| Individual Plan | $0.075 |
| Family Plan 1: Employee + Spouse/Domestic Partner | $0.12 |
| Family Plan 2: Employee + Dependent Child (ren) | $0.12 |
| Family Plan 3: Employee + Spouse/Domestic Partner + Dependent Child (ren) | $0.12 |

(Rates are per $10,000 of coverage)

AD&D SPD 07012002 rev 092002              15