# EXHIBIT C

# (ZIMM. AFF.)

*HELLER V. CAP GEMINI ERNST & YOUNG, ET AL.*
*C.A. NO. 04-11875-WGY*



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: Cap Gemini Ernst & Young US LLC
Policy Number: PAI 0008060643

GROUP ACCIDENT INSURANCE

Policy Amendment No. 1

This Policy Amendment is attached to and made part of the Policy effective July 1, 2001 at 12:01 AM, Standard Time at the address of the Policyholder.

1) It is hereby understood and agreed that the **Classification of Eligible Persons** of the Master Application shall be amended and replaced with the attached revised Master Application, Policy Form C11962NY-4/02.

This Policy Amendment expires concurrently with the Policy and is subject to all of the provisions, limitations and conditions of the Policy except as they are specifically modified by this Policy Amendment.

The President and Secretary of American International Life Assurance Company of New York witness this Policy Amendment:

*[signature]*                                *[signature]*
President                                    Secretary

C11964                          1 of 1                            CAP



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

## MASTER APPLICATION FOR GROUP ACCIDENT INSURANCE POLICY

Application is hereby made for a plan of accident insurance based on the following statements and representations:

1. **Identification of Policyholder:**

   Name of Policyholder: Cap Gemini Ernst & Young US LLC
   Address of Policyholder: 1114 Avenue of the Americas, 29th Floor, New York, NY 10036
   Type of Business or Purpose of Organization: Law Firm
   Name(s) of Affiliates(s) or Subsidiary(ies) to be covered: None
   Policy Number: PAI 8060643

2. **Classification of Eligible Persons:**

   | Class | Description of Class |
   |---|---|
   | 1. | All active full-time employees working an average of 30 hours per week, all active part-time employees working an average of 20 hours per week and all retirees of Cap Gemini Ernst & Young US LLC. |
   | 2. | All Eligible Spouse of Class I Insureds. |
   | 3. | All Eligible Dependent Children of Class 1 Insureds. |
   | 4. | All Eligible Spouse and Eligible Dependent Children of Class I Insureds. |

   **Eligible Spouse** - as used above, means the Insured's spouse (to whom the Insured's marriage is recognized under state law) provided that the Insured is not legally separated or a domestic partner as defined below.

   **Eligible Dependent Children** - as used above, means the Insured's unmarried children under age 25 who are dependent upon the Insured for support; the Insured's unmarried children who become permanently disabled prior to age 25 (Insured must provide proof that the dependent children are disabled within 31 days after the reach of age 25); or any other unmarried person who has not yet reached age 25 and, receives more than half his or her support from the Insured; has the Insured's home as his or her principal residence; and for whom the Insured is legal guardian under state law.

C11962NY (4/02 revised)    1    CAP

The Insured's children include their own, their spouse's or domestic partner's biological and adopted children (including children placed for adoption). The Insured can also enroll a child who meets the definition of a dependent and for whom the Insured is required to provide health coverage as a result of a Qualified Medical Child Support Order issued on or after the Insured's date of eligibility.

At anytime during the plan year, the Plan Administrator may require the Insured to provide documentation to support a dependent's eligibility status.

**Continuation of Eligibility.** If premium payments are continued on a basis that precludes individual selection, an Insured who ceases to be a member of any eligible class of persons as described above may still be regarded as in an eligible class of persons as follows: (1) if the Insured is on temporary lay-off or leave of absence (other than an authorized family or medical leave), for the full period of the lay-off or leave, but not for more than three months in a row; or (2) if the Insured is absent from work due to an authorized family or medical leave, for the full period of the leave, but not for more than three months in a row unless a longer period is agreed to by the Company and the Policyholder.

3. **Principal Sum:**

| Class | Basic Amount | Voluntary Amount |
|---|---|---|
| 1 | N/A | Not less than $10,000 nor more than $1,000,000 in increments of $10,000. |
| 2 | N/A | (See the following description) |
| 3 | N/A | (See the following description) |
| 4 | N/A | (See the following description) |

Family Coverage bundled:

**For an Insured Dependent Child.** If an Insured Dependent Child suffers a loss for which a benefit is payable under the Policy and there is an Insured Spouse on the date of the accident causing the loss, the Insured Dependent Child's Principal Sum is the lesser of $100,000 or 15% of the Insured's Principal Sum on the date of the accident causing the loss. If there is no Insured Spouse on the date of the accident causing the loss, the Insured Dependent Child's Principal Sum is the lesser of $100,000 or 20% of the Insured's Principal Sum on the date of the accident causing the loss.

**For an Insured Spouse.** If an Insured Spouse suffers a loss for which a benefit is payable under the Policy and there is an Insured Dependent Child on the date of the accident causing the loss, the Insured Spouse's Principal Sum is 50% of the Insured's Principal Sum to a maximum of $600,000 on the date of the accident causing the loss. If there is no Insured Dependent Child on the date of the accident causing the loss, the Insured Spouse's Principal Sum is 60% of the Insured's Principal Sum to a maximum of $600,000 on the date of the accident causing the loss.

In the event that a person is covered under the Policy as an Insured and as an Insured Dependent, the combined Principal Sum on that person may not exceed $1,000,000.

"Annual Salary" means the Insured's current base pay plus a 12-month average of any bonuses and commission as determined as of December 31st of each year.

4. **Policy Benefits and Coverages:**

   Check one and only one:

   _____ Accidental Death Benefit Only
   \_\_X\_\_\_ Both Accidental Death and Accidental Dismemberment, Paralysis and Coma Benefits

   The following Riders are attached to and made part of the Policy as of the Policy Effective Date. Each Rider is subject to all provisions, limitations and exclusions of the Policy that are not specifically modified by the Rider.

   CLASS(ES)   1 and 2

   | FORM NO. | DESCRIPTION |
   |---|---|
   | C11970 | Common Disaster Benefit |
   | C11971 | Conversion Privilege |
   | C11972NY | Day Care Benefit |
   | C11975 | Family Coverage |
   | C11986 | Permanent Total Disability Benefit |
   | C11987NY | Rehabilitation Benefit |
   | C11991 | Seat Belt and Air Bag Benefit |
   | C11992NY | Tuition and Group Medical/Dental Premium Continuation Reimbursement] Benefit |
   | C11689 | Waiver of Premium Benefit |

5. **Premiums:**
   It is hereby agreed and understood that the premium rate per $ 1,000 of Principal Sum is as follows for each class described above:

   | | Class | Premium |
   |---|---|---|
   | 1 | Employee Only Coverage | $.015 per month |
   | 1+2 | Employee and Spouse Coverage | $.024 per month |
   | 1+3 | Employee and Dependent Child(ren) Coverage | $.024 per month |
   | 1+4 | Family Coverage | $.024 per month |

   Such premiums are due and payable in the following manner: <u>Monthly in arrears</u>

6. **Coverage Effective Date:**

Subject to the Policy provisions regarding the effective date of coverage for individuals, insurance will become effective as to each eligible person for whom enrollment has been received by the Policyholder, if applicable, and for whom premium has been paid on the following date: July 1, 2001 or the first day of the month coincident with or next following date of employment.

A change in coverage due to a change in the eligible person's class or Annual Salary or election of Principal Sum amount will become effective on the latest of the following dates: (1) if individual enrollment for the change is required, the date the written enrollment form requesting the change is received by the Policyholder; (2) if the change requires a change in premium, the date the first changed premium is paid when due; or (3) the first of the month coincident with or next following date of employment. A change in coverage applies only with respect to accidents that occur on or after the effective date of the change.

7. **Policy Effective Date:**     July 1, 2001
8. **Policy Termination Date:**   July 1, 2003

---

Signed for the Policyholder

---

Title

---

Date

---

Signed by Licensed Resident Agent
(Where Required by Law)

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, committees a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

C11962NY (4/02 revised)         4

CAP



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

## GROUP ACCIDENT INSURANCE POLICY

This Policy is a legal contract between the Policyholder and the Company. The Company agrees to insure eligible persons of the Policyholder (herein called Insured Person(s)) against loss covered by this Policy subject to its provisions, limitations and exclusions. The persons eligible to be Insured Persons are all persons described in the Classification of Eligible Persons section of the Master Application.

This Policy is issued in consideration of the payment of the required premium when due and the statements set forth in the signed Master Application, which is attached to and made part of this Policy, and in the individual enrollment forms, if any.

This Policy begins on the Policy Effective Date shown in the Master Application and continues in effect until the Policy Termination Date as long as premiums are paid when due, unless otherwise terminated as further provided in this Policy. If this Policy is terminated, insurance ends on the date to which premiums have been paid. After the Policy Termination Date, this Policy may be renewed for additional periods of time by mutual written consent of the Company and the Policyholder at the premium rates in effect at the time of renewal.

This Policy is governed by the laws of the state in which it is delivered.

The President and Secretary of American International Life Assurance Company of New York witness this Policy:

*[signature]*                             *[signature]*
President                                   Secretary

**PLEASE READ THIS POLICY CAREFULLY.**

Non-Participating Policy

**THIS IS AN ACCIDENT ONLY POLICY. IT DOES NOT COVER SICKNESS OR DISEASE.**

C11960NY                                                                                              CAP

# TABLE OF CONTENTS

Definitions..................................................................................................................3

Policy Effective and Termination Dates.................................................................3

Insured's Effective and Termination Dates............................................................3

Premium..................................................................................................................4

Benefits....................................................................................................................4
    Principal Sum....................................................................................................4
    Reduction Schedule..........................................................................................4
    Limitation on Multiple Benefits.........................................................................5
    Accidental Death Benefit..................................................................................5
    Accidental Dismemberment and Paralysis and Coma Benefit.....................5,6
    Exposure and Disappearance..........................................................................6

Exclusions..............................................................................................................7

Claims Provisions..................................................................................................8

General Provisions............................................................................................9,10

## DEFINITIONS

**Injury** - means bodily injury caused by an accident occurring while this Policy is in force as to the person whose injury is the basis of claim and resulting directly and independently of all other causes in a covered loss.

**Insured** - means a person: (1) who is a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application; (2) who has enrolled for coverage under this Policy, if required; (3) for whom premium has been paid; and (4) while covered under this Policy. However, an Insured does not include any person covered under this Policy solely as an Insured Dependent as defined in the Family Coverage Rider.

**Immediate Family Member** - means a person who is related to the Insured Person in any of the following ways: spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister), or child (includes legally adopted or stepchild).

**Insured Person** - means an Insured or an Insured Dependent as defined in the Family Coverage Rider.

**Physician** - means a licensed practitioner of the healing arts acting within the scope of his or her license who is not: 1) the Insured Person; 2) an Immediate Family Member; or 3) retained by the Policyholder.

## POLICY EFFECTIVE AND TERMINATION DATES

**Effective Date.** This Policy begins on the Policy Effective Date shown in the Master Application at 12:01 AM Standard Time at the address of the Policyholder where this Policy is delivered.

**Termination Date.** Either the Company or the Policyholder may terminate this Policy on any premium due date by giving 30 days advance written notice to the other party. This Policy may also, at any time, be terminated by mutual written consent of the Company and the Policyholder. This Policy terminates automatically on the earlier of: 1) the Policy Termination Date shown in the Master Application; or 2) the premium due date if premiums are not paid when due. Termination takes effect at 12:01 AM Standard Time at the Policyholder's address on the date of termination.

## INSURED'S EFFECTIVE AND TERMINATION DATES

**Effective Date.** An Insured's coverage under this Policy begins on the latest of: (1) the Policy Effective Date; (2) the date the first premium for the Insured's coverage is paid in accordance with the Premiums section of the Master Application; (3) if individual enrollment is required, the date written enrollment is received by the Policyholder (4) the date the person becomes a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application; or (5) the Coverage Effective Date described in the Master Application.

**Termination Date.** An Insured's coverage under this Policy ends on the earliest of: (1) the date this Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of the Master Application.

C11960NY                                                                                                                               CAP

Termination of coverage will not affect a claim for a covered loss that occurred while the Insured's coverage was in force under this Policy.

## PREMIUM

**Premiums.** Premiums are payable to the Company at the rates and in the manner described in the Premiums section of the Master Application. The Company may change the required premiums due on any premium due date on or after the Policy anniversary date, as measured annually from the Policy Effective Date, by giving the Policyholder at least 31 days advance written notice. The Company may change the required premiums as a condition of any renewal of this Policy. The Company may also change the required premiums at any time when any coverage change affecting premiums is made in this Policy.

**Grace Period** A Grace Period of 31 days will be provided for the payment of any premium due after the first. This Policy will not be terminated for nonpayment of premium during the Grace Period if the Policyholder pays all premiums due by the last day of the Grace Period. This Policy will terminate on the last day of the period for which all premiums have been paid if the Policyholder fails to pay all premiums due by the last day of the Grace Period.

If the Company expressly agrees to accept late payment of a premium without terminating this Policy, the Company does so in accordance with the Noncompliance with Policy Requirements provision of the General Provisions section. In such case, the Policyholder will be liable to the Company for any unpaid premiums for the time this Policy is in force.

No grace period will be provided if the Company receives notice to terminate this Policy prior to a premium due date.

## BENEFITS

**Principal Sum.** As applicable to each Insured, Principal Sum means the amount of insurance in force under this Policy as described in the Master Application.

**Reduction Schedule.** The amount payable for a loss will be reduced if an Insured Person is age 70 or older on the date of the accident causing the loss with respect to any Benefit provided by this Policy where the amount payable for the loss is determined as a percentage of his or her Principal Sum. The amount payable for the Insured Person's loss under that Benefit is a percentage of the amount that would otherwise be payable, according to the following schedule:

| AGE ON DATE OF ACCIDENT | PERCENTAGE OF AMOUNT OTHERWISE PAYABLE |
|---|---|
| 70-74 | 80% |
| 75-79 | 55% |
| 80-84 | 35% |
| 85 and older | 20% |

Premium for an Insured Person age 70 or older is based on 100% of the coverage that would be in effect if the Insured Person were under age 70.

"Age" as used above refers to the age of the Insured Person on the Insured Person's most recent birthday, regardless of the actual time of birth.

C11960NY                                                                                     CAP

**Limitation on Multiple Benefits.** If an Insured Person suffers one or more losses from the same accident for which amounts are payable under more than one of the following Benefits provided by this Policy, the maximum amount payable under all of the Benefits combined will not exceed the amount payable for one of those losses, the largest: Accidental Death Benefit, Accidental Dismemberment, Paralysis, Coma Benefit, and Permanent Total Disability Benefit.

**Accidental Death Benefit.** If Injury to the Insured Person results in death within 365 days of the date of the accident that caused the Injury, the Company will pay 100% of the Principal Sum.

**Accidental Dismemberment Paralysis and Coma Benefit.** If Injury to the Insured Person results, within 365 days of the date of the accident that caused the Injury, in any one of the Types of Losses specified below the Company will pay the percentage of the Principal Sum shown below for that Loss:

Schedule for Insured and Insured Spouse Only

| Type of Loss | Percentage of Principal Sum |
|---|---|
| Both Hands or Both Feet | 100% |
| Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and the Sight of One Eye | 100% |
| One Foot and the Sight of One Eye | 100% |
| Speech and Hearing in Both Ears | 100% |
| One Hand or One Foot | 50% |
| Sight of One Eye | 50% |
| Speech or Hearing in Both Ears | 50% |
| Thumb and Index Finger of Same Hand | 25% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Hemiplegia | 50% |
| Uniplegia | 25% |
| Loss Due to Coma | 1% Per Month |

Schedule for Insured Dependent Child(ren) Only

| Type of Loss | Percentage of Principal Sum |
|---|---|
| Both Hands or Both Feet | 200% |
| Sight of Both Eyes | 200% |
| One Hand and One Foot | 200% |
| One Hand and the Sight of One Eye | 200% |
| One Foot and the Sight of One Eye | 200% |
| Speech and Hearing in Both Ears | 200% |
| One Hand or One Foot | 100% |
| Sight of One Eye | 100% |
| Speech or Hearing in Both Ears | 100% |
| Hearing in One Ear | 50% |
| Thumb and Index Finger of Same Hand | 50% |
| Quadriplegia | 200% |
| Paraplegia | 150% |
| Hemiplegia | 100% |
| Uniplegia | 50% |
| Loss Due to Coma | 1% Per Month |

C11960NY                                                                                                   CAP

"Loss" of a hand or foot means complete severance through or above the wrist or ankle joint. "Loss" of sight of an eye means total and irrecoverable loss of the entire sight in that eye. "Loss" of hearing in an ear means total and irrecoverable loss of the entire ability to hear in that ear. "Loss" of speech means total and irrecoverable loss of the entire ability to speak. "Loss" of thumb and index finger means complete severance through or above the metacarpophalangeal joint of both digits.

"Quadriplegia" means the complete and irreversible paralysis of both upper and both lower limbs. "Paraplegia" means the complete and irreversible paralysis of both lower limbs. "Hemiplegia" means the complete and irreversible paralysis of the upper and lower limbs of the same side of the body. "Uniplegia" means the complete and irreversible paralysis of one limb. "Limb" means entire arm or entire leg.

"Loss Due to Coma" means a Coma that continues for a period of 30 consecutive days. The Company will pay a monthly benefit of 1% of the Principal Sum.

No benefit is provided for the first 30 days of a Coma. The benefit is payable monthly as long as the Insured Person remains Comatose due to that Injury, but ceases on the earliest of: (1) the date the Insured Person ceases to be Comatose due to that Injury; (2) the date the Insured Person dies; or (3) the date the total amount of the monthly Coma benefits paid for all Injuries caused by the same accident equals 100% of the Principal Sum. The Company will pay benefits calculated at 1/30th of the monthly benefit for each day for which the Company is liable when the Insured Person is Comatose for less than a full month. Only one benefit is provided for any one month an Insured Person is Comatose, regardless of the number of Injuries causing the Coma.

The Company reserves the right, at the end of the first 30 consecutive days of Coma and as often as it may reasonably require thereafter, to determine, on the basis of all the facts and circumstances, that the Insured Person is Comatose, including, but not limited to, requiring an independent medical examination provided at the expense of the Company.

"Coma/Comatose" means a profound state of unconsciousness from which the Insured Person cannot be roused to a state of consciousness, even by powerful stimulation, as determined by a Physician.

If more than one Loss is sustained by an Insured Person as a result of the same accident, only one amount, the largest, will be paid.

**Exposure and Disappearance.** If by reason of an accident occurring while an Insured Person's coverage is in force under this Policy, the Insured Person is unavoidably exposed to the elements and as a result of such exposure suffers a loss for which a benefit is otherwise payable under this Policy, the loss will be covered under the terms of this Policy.

If the body of an Insured Person has not been found within one year of the disappearance, forced landing, stranding, sinking or wrecking of a conveyance in which the person was an occupant while covered under this Policy, then it will be deemed, subject to all other terms and provisions of this Policy, that the Insured Person has suffered accidental death within the meaning of this Policy.

C11960NY

CAP

## EXCLUSIONS

This Policy does not cover any loss caused in whole or in part by, or resulting in whole or in part from, the following:

1. suicide or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury;

2. travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the Insured Person is:

    a. riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

    b. performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft; or

    c. riding as a passenger in an aircraft owned, leased or operated by the Policyholder or the Insured Person's employer;

3. declared or undeclared war, or any act of declared or undeclared war;

4. full-time active duty in the armed forces of any country or international authority, except the National Guard or organized reserve corps duty (unearned premium will be returned if the Insured Person enters military service);

5. the Insured Person being under the influence of drugs or intoxicants, unless taken under the advice of a Physician; or

6. the Insured Person's commission of or attempt to commit a felony.

C11960NY                                                                                                                     CAP