

**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

---

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

### REHABILITATION BENEFIT RIDER

This Rider is attached to and made part of the Policy as of the Policy Effective Date shown in the Policy's Master Application. It applies only with respect to accidents that occur on or after that date. It is subject to all of the provisions, limitations and exclusions of the Policy except as they are specifically modified by this Rider.

**Rehabilitation Benefit.** If an Insured Person suffers an accidental dismemberment or an accidental paralysis for which an Accidental Dismemberment or Paralysis benefit is payable under the Policy, the Company will reimburse the Insured Person for Covered Rehabilitative Expenses that are due to the Injury causing the dismemberment or paralysis. The Covered Rehabilitative Expenses must be incurred within two years after the date of the accident causing that Injury, up to a maximum of $25,000 for all Injuries caused by the same accident.

**Hospital -** as used in this Rider, means a facility that: (1) is operated according to law for the care and treatment of injured people; (2) has organized facilities for diagnosis and surgery on its premises or in facilities available to it on a prearranged basis; (3) has 24 hour nursing service by registered nurses (R.N.); and (4) is supervised by one or more Physicians. A Hospital does not include: (1) a nursing, convalescent or geriatric unit of a hospital when a patient is confined mainly to receive nursing care; (2) a facility that is, other than incidentally, a rest home, nursing home, convalescent home or home for the aged; nor does it include any ward, room, wing, or other section of the hospital that is used for such purposes; or (3) any military or veterans hospital or soldiers home or any hospital contracted for or operated by any national government or government agency for the treatment of members or ex-members of the armed forces.

**Medically Necessary Rehabilitative Training Service-** as used in this Rider, means any medical service, medical supply, medical treatment or Hospital confinement (or part of a Hospital confinement) that: (1) is essential for physical rehabilitative training due to the Injury for which it is prescribed or performed; (2) meets generally accepted standards of medical practice; and (3) is ordered by a Physician.

**Covered Rehabilitative Expense(s) -** as used in this Rider, means an expense that: (1) is charged for a Medically Necessary Rehabilitative Training Service of the Insured Person performed under the care, supervision or order of a Physician; (2) does not exceed the usual level of charges for similar treatment, supplies or services in the locality where the expense is incurred (for a Hospital room and board charge, does not exceed the most common charge for Hospital semi-private room and board in the Hospital where the expense is incurred); and (3) does not include charges that would not have been made if no insurance existed.

C11987NY                                                      1                                                      CAP

**Exclusions.** In addition to the Exclusions in the Exclusions section of the Policy, Covered Rehabilitative Expenses do not include any expenses for or resulting from an injury for which the Insured Person is entitled to benefits paid by Workers' Compensation or other similar law.

The President and Secretary of American International Life Assurance Company of New York witness this Rider:

_[signature]_                                             _[signature]_
President                                                  Secretary



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

## PERMANENT TOTAL DISABILITY BENEFIT RIDER

This Rider is attached to and made part of the Policy as of the Policy Effective Date shown in the Policy's Master Application. It applies only with respect to accidents that occur on or after that date. It is subject to all of the provisions, limitations and exclusions of the Policy except as they are specifically modified by this Rider.

**Permanent Total Disability Benefit (Single Payment) (Not Applicable to Insured Age 70 or Older on the Date of the Accident).** If, as a result of an Injury, the Insured is rendered Permanently Totally Disabled within 365 days of the accident that caused the Injury, the Company will pay 100% of the Principal Sum at the end of 12 consecutive months of such Permanent Total Disability.

The Company reserves the right, at the end of the 12 consecutive months of Permanent Total Disability to determine, on the basis of all the facts and circumstances, that the Insured is Permanently Totally Disabled, including, but not limited to, requiring an independent medical examination provided at the expense of the Company.

**Permanently Totally Disabled/Permanent Total Disability -** as used in this Rider, means that the Insured is permanently unable to perform the material and substantial duties of any occupation for which he or she is qualified by reason of education, experience or training. However, with respect to an Insured for whom an occupational definition of Permanently Totally Disabled/Permanent Total Disability is not appropriate, Permanently Totally Disabled/Permanent Total Disability means, as used in this Rider, that the Insured is permanently unable to engage in any of the usual activities of a person of like age and sex whose health is comparable to that of the Insured immediately prior to the accident.

The President and Secretary of American International Life Assurance Company of New York witness this Rider:

_/s/_ *[signature]*               _/s/_ *Elizabeth M. Tuck*
President                          Secretary

C11986                                   1                                        CAP



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

## FAMILY COVERAGE RIDER

This Rider is attached to and made part of the Policy as of the Policy Effective Date shown in the Policy's Master Application. It is subject to all of the provisions, limitations and exclusions of the Policy except as they are specifically modified by this Rider.

**Insured Dependent's Effective Date.** An Insured Dependent's coverage under the Policy begins on the latest of: (1) the date the Insured's coverage under the Policy begins; (2) the date the first premium for the Insured Dependent's coverage is paid when due; (3) if individual enrollment is required, the date the Insured enrolls the dependent for Family Coverage except if the Insured does not enroll within 31 days after the date the dependent becomes eligible, the Insured must wait until the next open enrollment period of the Policyholder to enroll the dependent; (4) the date the person becomes a member of any eligible class of persons as described in the Classification of Eligible Persons section of the Master Application; or (5) the Coverage Effective Date described in the Master Application.

If a husband and wife are both eligible to enroll for coverage under the Policy, one, but not both, may purchase Family Coverage. The other spouse may elect single coverage only.

**Insured Dependent's Termination Date.** An Insured Dependent's coverage under the Policy ends on the earliest of: (1) the date the Insured's coverage under the Policy ends; (2) the premium due date if premiums for the Insured Dependent are not paid when due; (3) the date the Insured requests, in writing, that coverage for the Insured Dependent be terminated; or (4) the date the Insured Dependent ceases to be a member of any eligible class of persons as described in the Classification of Eligible Persons section of the Master Application.

**Insured Dependent's Principal Sum.** As applicable to each Insured Dependent, Principal Sum means the amount of insurance in force under the Policy as described in the Insured's enrollment form.

In the event that a person is covered under the Policy as an Insured and as an Insured Dependent, the combined Principal Sum on that person may not exceed $1,000,000.

**Insured Dependent's Beneficiary Designation and Change.** The Insured Dependent's beneficiary is the Insured unless the Insured has named (a) different beneficiary(ies) for the Insured Dependent's coverage as shown on the Company's or, if agreed upon in advance by the Company, the Policyholder's records kept on the Policy.

C11975　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　CAP

An Insured over the age of majority and legally competent may change the beneficiary designation for an Insured Dependent's coverage at any time, unless an irrevocable beneficiary designation has been made, without the consent of the Insured Dependent or the designated beneficiary(ies), by providing the Company or, if agreed upon in advance by the Company, the Policyholder with a written request for change. When the request is received by the Company, or, if agreed upon in advance by the Company, the Policyholder, whether the Insured or the Insured Dependent is then living or not, the change of beneficiary will relate back to and take effect as of the date of execution of the written request, but without prejudice to the Company on account of any payment made by it prior to receipt of the request.

If no beneficiary is living on the date of an Insured Dependent's death, the beneficiary is the Insured's estate.

**Insured Dependent Child** - means the Insured's Eligible Dependent Child as described in the Classification of Eligible Persons section of the Master Application: (1) whom the Insured has elected to cover under the Policy; (2) for whom premium has been paid; and (3) while covered under the Policy.

**Insured Dependent** - means an Insured Spouse or an Insured Dependent Child.

**Insured Spouse** - means the Insured's Eligible Spouse as described in the Classification of Eligible Persons section of the Master Application: (1) whom the Insured has elected to cover under the Policy; (2) for whom premium has been paid; and (3) while covered under the Policy.

The President and Secretary of American International Life Assurance Company of New York witness this Rider:

_[signature]_  _[signature]_
President  Secretary

C11975　　　　　　　　　　　　　　2　　　　　　　　　　　　　　CAP



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: **Cap Gemini Ernst & Young US LLC**
Policy Number: **PAI 8060643**

## COMMON DISASTER BENEFIT RIDER

This Rider is attached to and made part of the Policy as of the Policy Effective Date shown in the Policy's Master Application. It applies only with respect to accidents that occur on or after that date. It is subject to all of the provisions, limitations and exclusions of the Policy except as they are specifically modified by this Rider.

**Common Disaster Benefit.** If an Insured with Family Coverage in effect under the Policy and his or her Insured Spouse both suffer accidental death in the same accident within 365 days of the accident such that an Accidental Death benefit is payable under the Policy for both persons, the Insured Spouse's Principal Sum is increased to equal 100% of the Insured's Principal Sum.

The President and Secretary of American International Life Assurance Company of New York witness this Rider:

*[signature]*                  *[signature]*

President                  Secretary

C11970          1          CAP