UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

EDWARD HELLER,
               Plaintiff,

v.

CAP GEMINI ERNST & YOUNG
WELFARE PLAN (RE: ACCIDENTAL
DEATH BENEFITS), AMERICAN
INTERNATIONAL LIFE ASSURANCE
COMPANY OF NEW YORK, AND
CAPGEMINI U.S. LLC,
               Defendants.

CIVIL ACTION NO. 04-11875-WGY

## AFFIDAVIT OF JENNIFER MARKOWSKI

I, Jennifer L. Markowski, hereby depose under oath and state as follows:

1.      I am an attorney in good standing admitted to practice before the Bar of the Commonwealth of Massachusetts and in the United States District Court, District of Massachusetts.

2.      Attached as Exhibit A is a true and accurate copy of the Complaint filed by the Edward Heller in this matter.

3.      Attached as Exhibit B are true and accurate copies of portions of the Administrative record that has been authenticated by Myra Zimmerman.  These select pages are provided for the Court's convenience as the entire administrative record was previously filed with the Court.

4.      Counsel for the plaintiff, Joseph Skerry, has agreed to dismiss Counts IV and V of his Complaint and indicated he will be filing a Stipulation of Dismissal.

Signed under the pains and penalties of perjury this 4ᵗʰ day of March 2005.

Jennifer L. Markowski, Esquire
Peabody & Arnold, LLP