Page 2. Mr. Heller

Please be advised that this Policy provides coverage for certain losses under specific circumstances. Relevant to this claim, the Policy provides the following:

<u>Accidental Death Benefit</u>. *If Injury to the Insured Person results in death within 365 days of the date of the accident that caused the Injury, the Company will pay 100% of the Principal Sum.*

<u>Injury</u> – *means bodily injury caused by an accident occurring while this Policy is in force as to the person whose injury is the basis of claim and resulting directly and independently of all other causes in a covered loss.*

<u>Classification of Eligible Persons</u>

| Class | Description of Class |
|---|---|
| 1. | All active full-time employees working an average of 30 hours per week, all active part-time employees working an average of 20 hours per week and all retirees of Cap Gemini Ernst & Young US LLC |

<u>Insured's Termination Date</u>. *An Insured's coverage under this Policy ends on the earliest of: (1) the date this Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of the Master Application.*

<u>Conversion Privilege Rider</u>: *If an Insured Person's coverage ends (prior to age 80) because he or she is no longer a member of any eligible class of persons as described in the Classification of Eligible Persons section of the Master Application, coverage may be converted to an individual accidental death and dismemberment policy (herein called an Individual Policy).*

*The Company must receive a written application and payment of the required premium within 31 days after coverage ends under the Policy. No evidence of insurability is required to obtain the Individual Policy. The Individual Policy will be a type the Company regularly makes available on its effective date. The initial premium for the Individual Policy will be based on the Insured Person's attained age, risk class, and amount of insurance provided, at the time of application for the Individual Policy.*

*Coverage under the Individual Policy will take effect on the later of: (1) the date the application and required premium payment are received by the Company; or (2) the date that the Insured Person's coverage under the Policy ends. In the event that the application and required premium are not received prior to termination of coverage under the Policy, coverage is not provided from the date coverage ends under the Policy until the date coverage under the Individual Policy becomes effective. Coverage under the Individual Policy may not be less than $100,000 and may not exceed the greater of: (1) the amount for which the Insured Person was covered under the Policy; or (2) $250,000.*

After a careful review of the information received, we have determined that we must decline payment of this claim as your spouse voluntarily resigned from Cap Gemini Ernst & Young on January 24, 2003. Therefore, on January 25, 2003 she ceased to be a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application and on January 29, 2003 when the injury occurred, her coverage was no longer in force.

AIG 00029

Page 3. Mr. Heller

Additionally, your spouse did not submit written application and payment of the required premium to the Company to convert her coverage to an individual policy. Therefore, this loss is not covered under the Conversion Privilege Rider.

While we firmly believe our position is correct, we understand that you may disagree with our decision. In accordance with the terms and conditions of the Employee Retirement Income Security Act (ERISA) that governs this plan, you have the right to a review through appeal. Your appeal must be submitted in writing to this office not later than 60 days after you receive this written notice. The appeal must include the specific reasons you disagree with our determination. In addition, please submit any additional information or documentation that would provide evidence that your spouse's coverage under this Policy was in force at the time her injury occurred. Please address your appeal to:

>AIG Claims Services, Inc.
>Accident & Health Division
>Claims Department
>P.O. Box 15701
>Wilmington, DE 19850-5701
>
>Attn: Myra Zimmerman
>Claim Manager

If you have any questions, please do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning this claim for plan benefits. Nothing in this letter or any other communication that you have received or will receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,


Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc: CGEY Benefit Center

AIG 00030

Carolyn,

Thank you for the below information. We will require a copy of the payroll register. My fax number is 302.661.8959.

Sincerely, Jill

-----Original Message-----
From: carolyn.berish@cgey.com [mailto:carolyn.berish@cgey.com]
Sent: Monday, April 28, 2003 2:42 PM
To: jill.vivian@aig.com
Cc: deborah.giles@aig.com; tracey.mcgee@cgey.com
Subject: Re: Patricia Heller - PAI 8060643, Cap Gemini Ernst & Young


Jill -   Below are the answers to the questions that you submitted regarding Patricia Heller.
Please let me know if you require any further information.   Carolyn

1.          The specific reason Patricia Heller was not actively at work after
January 24, 2003.  Was she on a temporary lay-off or leave of absence?  Was she on an authorized family or medical leave?  Was she on vacation?  Did she
terminate her employment with Cap Gemini Ernst and Young?  Was her employment with Cap Gemini Ernst & Young terminated by E&Y?  Did she retire from Cap Gemini Ernst and Young?

Patricia Heller's last date worked was Friday, January 24, 2003.
Her reason for separation was a voluntary resignation.

2.          A copy of the payroll register for the last paycheck that was
issued.  This information is necessary to verify whether premiums for this coverage were deducted and the date that premiums for this coverage were paid through.

Patricia had payroll deductions of $12.00 for the period 1/1/03 - 1/15/03 and the $12.00 full premium for the period 1/16/03 - last date worked.
There was no rebate of any premium, although her coverage ended on last date worked, which was 1/24/03.   This is standard payroll practice.  If you require a copy of her final paystub, we will be able to fax this information to you.   Because of HIPAA privacy compliance, some information would need to be removed (blacked out) before sending.   Please let me know if the information I provided is enough or if you would like a payroll print out.

3.          If she terminated her employment or her employment was terminated,
please advise if she inquired about converting her Accidental Death and Dismemberment coverage to an Individual Policy.

Conversions were handled at the time by both Maryanne Alvarez and myself, we have no record of her making an inquiry about converting her AD&D policy.

Carolyn Berish
Cap Gemini Ernst & Young
8000 Towers Crescent Drive
Suite 800

AIG 00036



**Adriene D. Edwards**
04/15/2003 10:00 AM

To: Carolyn Berish/NEMC/MC/EYLLP/US@CGEY
cc:
Subject: Patricia Heller's Final Paycheck



ProBusiness Payroll - Company Menu

Earnings:

| Code | Description | Rate | Hours | Amt | YTD |
|------|-------------|------|-------|------|------|
| 100 | REGULAR | 0.0000 | 0.00 | 7771.96 | 21095.32 |
| 200 | SALVAC | 153.7252 | 16.00 | 2459.60 | 9838.41 |
| 203 | VCPDNTKI | 153.7252 | 96.33 | 14808.96 | 14808.96 |
| 650 | EXPREIMB | 0.0000 | 0.00 | 436.00 | 636.00 |

Deductions:

| Code | Description | Amt | YTD |
|------|-------------|-----|-----|
| 670 | CGAADD | | 12.00 |

Employee Taxes:

| Code | Amt | YTD | Taxable Wages | Eligible Wages |
|------|-----|-----|---------------|----------------|
| USFIT | 5168.13 | 8045.58 | 21708.20 | 21708.20 |
| USFICA | 1379.64 | 2165.31 | 22252.24 | 22252.24 |

Direct Deposit:

| Type | Amt | Transit | Account |
|------|-----|---------|---------|
| Checking | 13886.37 | 044000804 | 302084... |



AIG 00037

**Vivian, Jill**

| | |
|---|---|
| **From:** | Vivian, Jill |
| **Sent:** | Monday, April 14, 2003 3:28 PM |
| **To:** | 'maryanne.alvarez@cgey.com' |
| **Subject:** | Patricia Heller - PAI 8060643, Cap Gemini Ernst & Young |
| **Importance:** | High |

Maryanne,

I am the examiner that has been assigned to handle the above claim for accidental death benefits. In order to evaluate this claim, I need verification of the following:

1. The specific reason Patricia Heller was not actively at work after January 24, 2003. Was she on a temporary lay-off or leave of absence? Was she on an authorized family or medical leave? Was she on vacation? Did she terminate her employment with Cap Gemini Ernst and Young? Was her employment with Cap Gemini Ernst & Young terminated by E&Y? Did she retire from Cap Gemini Ernst and Young?
2. A copy of the payroll register for the last paycheck that was issued. This information is necessary to verify whether premiums for this coverage were deducted and the date that premiums for this coverage were paid through.
3. If she terminated her employment or her employment was terminated, please advise if she inquired about converting her Accidental Death and Dismemberment coverage to an Individual Policy.

If I should direct these questions to someone else, please advise who I should direct them to. I originally contacted Kristina Gorman @ CGEY; however, she advised that she would not be able to help me and she had no idea who I should contact. I saw that you had been in contact with my manager, so I thought I would start with you.

Thank you for your assistance. Jill

1

AIG 00039



AIG Claim Services, Inc.®
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

On behalf of:
**American International Life
Assurance Company of New York**

April 14, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:                       Patricia Heller
Policy Number:    PAI 8060643
Policyholder:       Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

We regret to learn of the death of your spouse and would like to express our deepest sympathy to you and your family.

We received your claim for accidental death benefits. A review of the information received indicates that your spouse's last day actively at work was Friday, January 24, 2003. So that we may evaluate this claim and determine her eligibility under the Policy at the time the accident occurred, we are requesting the following information from the Policyholder.

1. The reason your spouse was not actively at work after January 24, 2003. For instance, was she on a temporary lay-off or leave of absence? Was she on an authorized family or medical leave? Was she on vacation? Did she terminate her employment with Cap Gemini Ernst and Young? Was her employment with Cap Gemini Ernst and Young terminated? Did she retire from Cap Gemini Ernst and Young?
2. A copy of the payroll register for the last paycheck that was issued. This information is necessary to verify whether premiums for this coverage were being deducted and the date that premiums for this coverage were paid through.

Once we determine the reason your spouse was not actively at work after January 24, 2003, we will advise the status of this claim. In the interim, please be advised that the following are the pertinent Policy provisions with regard to eligibility for coverage under the Policy.

*Accidental Death Benefit*. *If Injury to the Insured Person results in death within 365 days of the date of the accident that caused the Injury, the Company will pay 100% of the Principal Sum.*

*Injury – means bodily injury caused by an accident occurring while this Policy is in force as to the person whose injury is the basis of claim and resulting directly and independently of all other causes in a covered loss.*

A Member Company of
American International Group, Inc.

Page 2. Mr. Heller

*Classification of Eligible Persons*

| Class | Description of Class |
|---|---|
| 1. | All active full-time employees working an average of 30 hours per week, all active part-time employees working an average of 20 hours per week and all retirees of Cap Gemini Ernst & Young US LLC |

*Insured's Termination Date.* An Insured's coverage under this Policy ends on the earliest of: (1) the date this Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of the Master Application.

*Continuation of Eligibility.* If premium payments are continued on a basis that precludes individual selection, an Insured who ceases to be a member of any eligible class of persons as described above may still be regarded as in an eligible class of persons as follows: (1) If the Insured is on temporary lay off or leave of absence (other than an authorized family or medical leave), for the full period of the lay off or leave, but not for more than three months in a row; or (2) If the Insured is absent from work due to an authorized family or medical leave, for the full period of the leave, but not for more than three months in a row unless a longer period is agree to by the Company and the Policyholder.

*Conversion Privilege Rider:* If an Insured Person's coverage ends (prior to age 80) because he or she is not longer a member of any eligible class of persons as described in the Classification of Eligible Persons section of the Master Application, coverage may be converted to an individual accidental death, and dismemberment policy (herein called an Individual Policy).

The Company must receive a written application and payment of the required premium within 31 days after coverage ends under the Policy. No evidence of insurability is required to obtain the Individual Policy. The Individual Policy will be a type the Company regularly makes available on its effective date. The initial premium for the Individual Policy will be based on the Insured Person's attained age, risk class, and amount of insurance provided, at the time of application for the Individual Policy.

Coverage under the Individual Policy will take effect on the later of: (1) the date the application and required premium payment are received by the Company; or (2) the date that the Insured Person's coverage under the Policy ends. In the event that the application and required premium are not received prior to termination of coverage under the Policy, coverage is not provided from the date coverage ends under the Policy until the date coverage under the Individual Policy becomes effective. Coverage under the Individual Policy may not be less than $100,000 and may not exceed the greater of: (1) the amount for which the Insured Person was covered under the Policy; or (2) $250,000.

If you have any questions, please do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning this claim for plan benefits. Nothing in this letter or any other communication that you have received or will receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,

Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc: CGEY Benefit Center

AIG 00041

```
FEB 12 2003 03:28 FR AIG              302 761 3749 TO 916038642206    P.02
```

AIG Life Insurance Company  
AIG Claim Services  
A&H Claims Department  
P. O. Box 15701  
Wilmington, DE 19850-5701  
800-551-0824/302-761-3700

PROOF OF LOSS - ACCIDENTAL DEATH

**NAME OF GROUP:** CAP GEMINI ERNST & YOUNG US LLC

**POLICY NUMBER:** PAI 8060643

RECEIVED  
APR 0 2 2003  
A&H CLAIMS  
AIGCS

## GROUP POLICYHOLDER/EMPLOYER INSTRUCTIONS

In order to assure prompt processing of this claim, please forward the claim form to the Beneficiary. The Employer/Administrator must complete PART A in its entirety. Due to recent changes in tax laws, the Beneficiary will be required to complete PART B. Be certain that PART C on the reverse side is completed in full and signed by the Beneficiary.

Return this form to the above address.

In addition to the claim form, the following items are required:
(1) A Certified Copy of the final death certificate;
(2) Your company's enrollment benefits form and Beneficiary Designation;
(3) Confirmation of employee's Principal Sum and current premium payment;
(4) The Police Report, any Autopsy Report, and any newspaper clippings.
(5) If Business Travel, a copy of employee's itinerary prior to the accident, purpose of trip, destination to and from trip, and confirmation that trip was authorized by the company.

Every question must be fully answered. We reserve the right to require or to obtain further information should it be deemed necessary. If there is more than one beneficiary, all may join in one statement, or a separate form will be furnished for each if desired.

### PART A: GROUP POLICYHOLDER/EMPLOYER INFORMATION

**GROUP POLICYHOLDER/EMPLOYER ADDRESS:** CGEY Benefit Center

**DIVISION NAME AND ADDRESS:** 2 Contra Way, T3N, Merrimack, NH 03054

**ACCIDENTAL DEATH BENEFIT IN FORCE:** $1,000,000.00

**EMPLOYEE'S NAME AND ADDRESS:** Patricia Heller, 20 Indian Hill Rd, Middleton MA

**DATE EMPLOYED:** 3/25/91

**DATE OF BIRTH:** 12/9/51

**EFFECTIVE DATE OF COVERAGE:** 7/1/01

**SOCIAL SECURITY NUMBER:** 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

**DATE OF DEATH:** 1/29/03

**OCCUPATION:** VP

**TERMINATION DATE OF COVERAGE:** 1/29/03

**INSURANCE CLASS:** 

**SALARY ON DATE LAST WORKED:** Base Pay 319,760 / Commission 96,221

**DATE PREMIUM PAID TO:** 1/29/03

**DATE LAST WORKED:** 1/24/03

**STATUS ON DATE LAST WORKED:** ☑ ACTIVE  ☐ RETIRED  ☐ PREMIUM WAIVER FOR DISABILITY  ☐ APPROVED LEAVE OF ABSENCE (EXPLAIN)  ☐ OTHER

**EMPLOYEE WAS:** ☐ HOURLY  ☑ SALARIED  ☑ COMMISSIONED  ☐ OTHER (EXPLAIN)

**If Claim is For Dependent, Provide the Following:**

| DEPENDENT'S NAME AND ADDRESS | SOCIAL SECURITY NUMBER | RELATIONSHIP | AMOUNT OF BENEFIT |
|---|---|---|---|
| | | | |

| DEPENDENT'S OCCUPATION | DEPENDENT'S DATE OF BIRTH | NAME AND ADDRESS OF EMPLOYER |
|---|---|---|
| | | |

### GROUP POLICYHOLDER/EMPLOYER SIGNATURE

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**DATE SIGNED:** 3/20/03

**PLACE (CITY, STATE):** Merrimack, NH

**PHONE NUMBER:** (603) 791-5790

**GROUP POLICYHOLDER/EMPLOYER:** CGEY Benefit Center

**BY (THEIR AUTHORIZED REPRESENTATIVE):** Kristina Gorman

### PART B: IMPORTANT TAX INFORMATION

**To Be Completed by Beneficiary**

**Social Security Number/Tax ID Number:** 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

**Please Print or Type Name of Beneficiary:** Edward Heller

Under penalties of perjury, I certify: that the Social Security/Tax ID Number shown above is my correct Social Security or Taxpayer Identification Number.

Be Certain Part C on the Reverse Side is Completed

RECEIVED  
APR 0 2 2003  
AD&D UNIT

AccDeathWO/Rev. 1.0, 8/2002

AIG 00042

302 761 3749 TO 916038642206    P.03

In order to assure prompt processing, please be certain the authorization below is signed by the beneficiary. The completed and signed claim form along with the Certified Death Certificate, Police Report, Autopsy Report, and any newspaper clippings should be returned to the Employer/Administrator.

| NAME OF BENEFICIARY | RELATIONSHIP TO DECEDENT | |
|---|---|---|
| Edward Heller | Spouse | 10-1-1942 |

NOTE: If any designated beneficiary is deceased, submit that beneficiary's certified Death Certificate. If the beneficiary is the Deceased's estate, furnish certified letters of Administration or Letters of Testamentary, and Estate Tax ID Number. If the beneficiary is a minor, furnish certified Letters of Guardianship for the minor's estate and minor's social security number.

(MONTH, DAY, YEAR): 01-29-2003   A.M./P.M.   (IF CITY OR TOWN, SHOW STREET NUMBER): ATLANTA, GA

Auto Accident - Blunt Force Trauma, Head   (MO. DAY, YEAR): 01-29-2003

01-29-2003

PASSENGER IN TAXI, WHICH WENT OUT OF CONTROL AND CRASHED INTO TREE.

NAME & ADDRESS: — DOA —

NAME: RACHEL HAFT, MD   ADDRESS: 521 Mt Auburn St, Suite 200, Watertown, MA 02472   AILMENT: ROUTINE CHECKUP

CONTACT SGT SHELTON  404-669-4672

LIST OTHER COVERAGES AND AMOUNTS OF INSURANCE IN FORCE ON DECEASED'S LIFE.

| NAME OF COMPANY | POLICY NUMBER | EFFECTIVE DATE | AMOUNT OF INSURANCE |
|---|---|---|---|
| | | | |
| | | | |

HAVE DIVORCE PROCEEDINGS EVER BEEN INSTITUTED BY OR AGAINST THE DECEASED? IF YES, INDICATE WHEN, WHERE AND THE OUTCOME.

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.
For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

SIGNATURE OF BENEFICIARY, AUTHORIZED REPRESENTATIVE, OR NEXT OF KIN   DATE SIGNED (MONTH, DAY, YEAR): 2-27-03

ADDRESS OF NEXT OF KIN: 20 Indian Hill Rd, Weston, MA 02493   BUSINESS PHONE NUMBER: (617) 570-5276   HOME PHONE NUMBER: (781) 891-0701

AccDeathWO/Rev. 1.0, 8/2002

AIG 00043

** TOTAL PAGE.03 **