UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD HELLER,

    Plaintiff,

v.

CAP GEMINI ERNST & YOUNG WELFARE PLAN
(RE: ACCIDENTAL DEATH BENEFITS),
AMERICAN INTERNATIONAL LIFE ASSURANCE
COMPANY OF NEW YORK AND CAPGEMINI U.S.
LLC

    Defendants

CIVIL ACTION
FILE NO. 04-11875WGY

## DEFENDANTS' CAP GEMINI ERNST & YOUNG WELFARE PLAN AND CAPGEMINI U.S. LLC'S MOTION FOR SUMMARY JUDGMENT

Defendants Cap Gemini Ernst & Young Welfare Plan and Capgemini U.S. LLC ("Defendants") move this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in their favor on the Complaint of plaintiff Edward Heller. The motion is made on the ground that there is no triable issue of material fact and that Defendants are entitled to judgment as a matter of law, as more fully set forth in the accompanying Memorandum of Law in support of the Motion.

This Motion is based on this Motion for Summary Judgment, the Memorandum of Law in Support of the Motion for Summary Judgment, the Local Rule 56.1 Statement, and the Affidavit of Laurie Jadick-Geiger, all of which are served and filed herewith; the pleadings and papers on file in this action; any matters upon which the Court may or must take judicial notice; any evidence or argument presented at the hearing on the motion, and any other matters the Court deems proper.

Dated: March 4, 2005

Respectfully submitted,

CAPGEMINI U.S. LLC AND
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

Defendants

By their attorney,

_____
Brian E. Lewis (BBO#643717)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
(Tel) 617-345-9000

– and –

D. Barclay Edmundson (SBN 89481),
admitted *pro hac vice*
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street
Los Angeles, CA 90017
(Tel) 213-629-2020

Emily Epstein, Esq. (SBN 215654),
admitted *pro hac vice*
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(Tel) 415-773-5700

CAPGEMINI U.S. LLC AND
CAP GEMINI ERNST & YOUNG
WELFARE PLAN

## CERTIFICATE OF SERVICE

I, Brian E. Lewis, hereby certify that on this 4th day of March, 2005, I served a copy of foregoing *Motion for Summary Judgment* by overnight mail to the following counsel of record:

Joseph H. Skerry, III
237 Lexington Street
Woburn, MA 01801

Jennifer L. Markowski
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

_____
Brian E. Lewis