IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK AND CAPGEMINI U.S. LLC<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 04-11875WGY<br><br>**AFFIDAVIT OF LAURIE JADICK-GEIGER** |

    I, Laurie Jadick-Geiger, being first duly sworn, depose and say that I am the Chief People Officer with Capgemini U.S. LLC. The matters set forth below are within my personal knowledge. If asked to testify to them, I could and would competently do so.

    1.    It was a standard Capgemini human resource practice to provide all exiting vice presidents with a Continuation of Benefits VP Summary Sheet on their last day of employment. Attached hereto as Exhibit 1 is a true and correct copy of the referenced Continuation of Benefits VP Summary Sheet.

    2.    Each Vice President is provided with the following documents on their last day of employment: (1) Employment Verification: The Work Number, (2) IT Equipment Return Form, (3) Lifeworks, (4) Contact Numbers, (5) COBRA rates for continued medical and dental plan coverage, and a (6) Continuation of Benefits VP Summary Sheet. Attached hereto as Exhibit 2 is a true and correct copy of the Employment Verification: The Work Number document. Attached hereto as Exhibit 3 is a true and correct copy of the IT Equipment Return Form. Attached hereto

as Exhibit 4 is a true and correct copy of the Lifeworks document. Attached hereto as Exhibit 5 is a true and correct copy of the Contact Numbers. Attached hereto as Exhibit 6 is a true and correct copy of the Medical and Dental COBRA Rates form. Attached hereto as Exhibit 1 is a true and correct copy of the Continuation of Benefits VP Summary Sheet. These documents comprise a complete set of the documents that Capgemini distributes to Vice Presidents at the time of their exit interview.

3.  Our May 28, 2004 letter concerning the distribution of the Continuation of Benefits VP Summary Sheet correctly noted that we did not mail Mrs. Heller a continuation of benefits VP Summary Sheet to her home. However, as explained above, Ms. Heller did receive a copy of the VP Summary Sheet during her exit interview. I did not understand the question posed in May, as to whether Ms. Heller received a copy of the VP Summary Sheet, but rather, whether we could prove we <u>mailed</u> her a copy. Thus, my response in May was only directed to the question of whether Capgemini could show it mailed the VP Summary Sheet to Ms. Heller.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on February 16, 2005 at New York, New York.

_____
LAURIE JADICK-GEIGER

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF New York     )

Subscribed and sworn to before me
this 16 day of February, 2005.

_____

GERALD D. SILVER
Notary Public, State of New York
No. 02SI5019523
Qualified in New York County
Commission Expires Oct 25, 2008

-2-

# Exhibit 1



## Benefits Continuation Summary - Vice Presidents

| Benefit | Information |
|---|---|
| Medical / Dental | If you are enrolled in one of the medical plans and/or dental plans, coverage will end on the last day of the month in which separation from the Company occurs. However, your previously elected medical and/or dental coverage may be maintained for a specified period - generally 18 months - if you elect COBRA Continuation Coverage. You and/or your covered family members will be billed the full cost of the coverage plus an administrative fee.<br><br>BenefitsDirect, the Program Administrator, will mail additional information about COBRA Continuation Coverage to you. Questions about COBRA Continuation Coverage should be directed to a BenefitsDirect representative at **1-877-240-4015.** |
| Flexible Spending Accounts | If you are a participant in the Health Care Flexible Spending Account, participation terminates on the last day of the month in which separation from the Company occurs.<br><br>When participation in the **Health Care Reimbursement Account** terminates, only eligible expenses incurred during the period of participation will be reimbursed. However, you will have until **September 30, 2003** to file claims for expenses incurred. You may continue participation through COBRA by continuing to pay your monthly contribution on an after-tax basis plus an administrative fee.<br><br>If you are a participant in the Dependent Care Flexible Spending Account, participation terminates on the day in which separation from the Company occurs.<br><br>When participation in the **Dependent Day Care Reimbursement Account** terminates, claims incurred through the end of that Plan Year will be reimbursed to the extent that sufficient deposit amounts are available in your account. You have until **September 30, 2003** to file claims. (Note: IRS regulations do not allow a Dependent Day Care Reimbursement Account to be continued through COBRA.)<br><br>**FBD Consulting** is the administrator of the FSA accounts. Please contact FBD at **1-866-641-5158** for claim forms of if you require additional information.<br><br>BenefitsDirect, the Program Administrator, will mail additional information about COBRA Continuation Coverage for the Health Care Flexible Spending Account to you. Questions about COBRA Continuation Coverage should be directed to a BenefitsDirect representative at **(877) 240-4015.** |
| Core Life Insurance | Your Core Life Insurance will end on the date you separate from the Company.<br>You may be eligible to convert your life insurance to an individual policy issued by Aetna Life Insurance Company. You must apply within 31 days of your last date worked. Information on **conversion** may be obtained by contacting the CGE&Y National Benefits Department at **(571) 382-6214.** |

VP Continuation of Benefits – Final Jan 03

AIG 00099

EXHIBIT 1

| Benefit | Information |
|---|---|
| Voluntary Group Accidental Death & Dismemberment (AD&D) Insurance | If you are enrolled in the Voluntary AD&D insurance, your coverage will end on the date you separate from the company.<br>You may be eligible to **convert** your AD&D insurance to an individual policy issued by American Home Assurance Company. You must apply within 31 days of your last date worked. Information on conversion may be obtained by contacting the CGE&Y National Benefits Department at **(571) 382-6214**. |
| Group Universal Life (GUL)/Group Variable Life Insurance (GVUL) | If you are enrolled in GUL or GVUL insurance, you may **continue** coverage at the applicable rates. Marsh@WorkSolutions will bill you quarterly to continue this coverage. Questions about your GUL or GVUL insurance should be directed to a Marsh@WorkSolutions customer service representative at **(800) 222-1623**. |
| VP Long Term Disability Insurance | Coverage will continue for two months following the month you last worked. You may be eligible to continue your coverage. **TBG** will send you information regarding your rights to continue to coverage. If you have any questions, please contact a TBG representative at **800-588-7410**. |
| Business Travel Accident Insurance | Coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| Short Term Disability | Coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| Personal Liability Insurance | If you are enrolled in the Personal Liability insurance, your coverage will continue until the end of the policy period, March 31, 2003. Coverage **cannot be converted** to an individual policy. |
| Legal Plans | If you are enrolled in one of the Legal Plans, coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| Profit Sharing Contribution | You may be eligible for a 2002 Profit Sharing Contribution based on total earnings (up to the IRS maximum) up to your last day at work, provided you have met the plan requirements. Contributions will be made directly into your Fidelity account in the Spring of 2003. If you have already closed your account, a new account will be set up in your name for the proceeds. Contact the Fidelity website at **www.401k.com** or by calling Fidelity Investments at **1-877-240-4015**. You will not be eligible for a 2003 Profit Share Contribution, which requires that individuals be employed on 12/31/2003 to qualify. |
| 401(k) Loans | If you have an outstanding Plan loan, you will be able to continue to repay your loan by submitting payments directly to Fidelity. Contact Fidelity at **1-877-240-4015** to arrange for a loan coupon booklet to be sent to you. |
| 401(k) Match | No 401(k) match will be made on any severance payments. |
| 401(k) Contributions | Contributions will not be taken from any severance payments |
| Cash Balance Plan | You will be eligible to a pro-rata contribution for 2003 to your Cash Balance Plan, based on your total earnings in 2003 (up to the IRS maximum). You have several options regarding how to receive benefits under this Plan, which include: (a) Keep the funds in the Plan and continue to receive the guaranteed annual 7% interest credit; (b) Request a taxable cash distribution (notarized spousal consent required if married); (c) Request a rollover distribution on a tax-deferred basis; or (d) Request a payment in for the form of a Joint & Survivor Annuity (if married) or Single Life Annuity (if you are single or with a spousal consent if you are married). Please contact Jo Hughes with CGE&Y National |

VP Continuation of Benefits – Final Jan 03

AIG 00100

# Exhibit 2

II. **Employment Verification: The Work Number**

**All requests must be submitted through The Work Number.**
The Work Number system is very easy to use. It walks the requester through the available options.

Employee Instructions - **To Give Requester Permission to Obtain Salary Information**
Call (800)EMP-AUTH or (800)367-2884 or log on to www.theworknumber.com
**Enter the following information:**
- CGE&Y Company Code – 10656
- Social Security #
- PIN number – based on current vs. former employee
    - <u>current</u> employees = Advice # (EPS) or Check # (Manual Check) on last pay check
      <u>former</u> employees = Last four digits of SS#
- Provide the Verifier with the Salary Key

Verifier Instructions
Call (900)555-9675 or (800)996-7566 option "1" or log on to www.theworknumber.com
**Enter the following information:**
- CGE&Y Company Code – 10656
- Social Security #
- Salary Key (only needed when verifying salary)

Note: Verifications can be verbal, via fax, viewed on-line and/or printed, whichever the verifier prefers.

**The Work Number Customer Service - (800) 996-7566**

EXHIBIT 2

CG 00110

# Exhibit 3



# IT Equipment Return Form

This Agreement is made between **Cap Gemini Ernst & Young LLC** ('CGE&Y') and

Assignee's Name _____  ☐ check if contractor
UPN _____
Business Unit / Department _____
Location Code _____

I hereby agree that I have returned the following Equipment:

| ASSET TAG # | SERIAL # | MAKE | MODEL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| PERIPHERALS INCLUDED: | DESCRIPTION | YES / NO |
|---|---|---|
| CD-ROM |  | ☐ Yes  ☐ No |
| FLOPPY DRIVE |  | ☐ Yes  ☐ No |
| SECURITY CABLE |  | ☐ Yes  ☐ No |
| SAFEWORD TOKEN |  | ☐ Yes  ☐ No |
| COUPLER |  | ☐ Yes  ☐ No |
| NETWORK CABLE (CAT5) |  | ☐ Yes  ☐ No |
| DONGLE |  | ☐ Yes  ☐ No |
| POWER BRICK |  | ☐ Yes  ☐ No |
| LAP TOP BAG |  | ☐ Yes  ☐ No |
| PCMCIA CARDS |  | ☐ Yes  ☐ No |
| MOUSE |  | ☐ Yes  ☐ No |
| OTHER |  | ☐ Yes  ☐ No |

*Please indicate the following:*
☐ Employee Departure        ☐ Other (specify) _____

_____    _____
Assignee's Signature              Date

_____
Please Print Name

_____    _____
PRM Representative Signature       Date

_____
Please Print Name

WHITE: CGE&Y Asset Management Ops           YELLOW: Client Copy
1200 Skylight Office Tower
1660 West 2nd St.
Cleveland, OH 44113

EXHIBIT 3                                  CG 00111

# Exhibit 4

# Exhibit 4

## II.   LIFEWORKS

### What is the LifeWorks Program?

LifeWorks is a private consultation service providing **confidential** assistance to the firm's U.S. personnel and their families in coping with personal and family problems.

### What types of problems can the program address?

Most people encounter personal problems—major or minor—at some time in their lives. These problems affect all regardless of age, gender, or job. Usually people are able to deal with them successfully, but sometimes help is needed. That is when to call LifeWorks. Here are some (but not all) of the problems the program can address:

**Relationships:**
- Dual career issues
- Pre-marital assessment
- Communication difficulties
- Interpersonal conflict
- Marital separation and divorce

**Family:**
- Parent-child relationships
- Family member discord
- Change adjustment, including relocation
- Family violence

**Stress:**
- Job/role ambiguity
- Work/family balance
- Physical illness

**Addiction:**
- Alcohol/drug abuse
- Eating disorders
- Gambling

**Emotional:**
- Depression
- Anxiety
- Phobias

**Other Services:**
- Crisis and trauma management
- Performance management
- Transition management

### Who is eligible to use the program?

EXHIBIT 4                                         CG 00112

As part of Cap Gemini Ernst & Young, you or your immediate family members are eligible to use the program while you are employed with the firm and up to six months after you leave.

**When should I call?**

Call whenever you feel the need or have a question. Or you may be asked to call if there is something personal affecting your ability to perform your job.

**How does the program work?**

You take the first step by picking up the phone. Your call will be answered by a person trained to direct you to the appropriate professional. If it is an emergency, a professional will be on the phone with you immediately.

The professional may assess your situation over the phone or may meet with you in person from one to three times. These initial sessions are pre-paid by the firm. The professional will review your concerns and make recommendations, which may include referral to a resource specialist who can offer you or your family members further assistance in resolving your problem.

**Is the service really confidential?**

Information concerning the use of the Assistance Program will not be given to anyone outside of the Assistance Program except as required by law, and will not be made a part of the individual's personnel file.

**Will I have to pay?**

There are no charges to you or your family members for any contact with LifeWorks. The program cost is totally supported by the company. However, there probably will be charges for the services of the resource specialist to whom you may be referred. In making referrals, your elected coverage under your CGE&Y Benefits Program, as well as your personal situation, will be taken into account. There may be low-cost or no-cost ways of addressing your problem. However, one thing is certain: it will not cost you anything to find out.

**How do I use the program?**

You start by calling the program's toll-free number 1-877-888-0515. This number is for the use of Cap Gemini Ernst & Young. You or your family member can call anytime—24 hours a day, 365 days a year. You will speak with a representative who can either direct you to a professional counselor to get you a personal appointment, or connect you to a

counselor immediately over the telephone. You can also access them via the internet at www.lifeworks.com. The company name and password is CGEY.

**Who provides this service?**

The company has made arrangements with a professional organization that provides the consultation, assessment and referral services.

CG 00113

# Exhibit 5

# Contact Numbers

**BenefitsDirect**  1-877-240-4015
    Medical
    Dental
    Reimbursement Accounts
    401(k)
    COBRA continuation coverage

**LifeWorks**  1-877-888-0515
Employee Assistance Program

**MAC Center**  1-866-622-2439 (866 MAC-CGEY)
T&E Questions  Fax: 866-551-8889

**ProBusiness**  1-888-776-1902
Payroll Questions

**Verification of Employment (TALX)**
CGEY Employee's  1-800-EMP AUTH
Company Code  10656

EY (current/former)  1-800-EMP-AUTH
Company Code  10327

**Employee Contact Center: General HR Related Questions**
PeopleSource:  1-866-CGEY EMP

**Human Resource Contacts:**
*New York/New England Area Offices*
Lisa Cancel  917/934-8824

11/2003

EXHIBIT 5

CG 00114

# Exhibit 6

Medical_Dental COBRA

**Monthly Plan Rates**
**2003-2004 Plan Year**
**Medical**

|  | COBRA* |
|---|---|
| **Premier PPO** | |
| Employee Only | $260.84 |
| Employee + 1 | $599.94 |
| Employee + 2 or more | $939.04 |
| **Basic PPO** | |
| Employee Only | $226.93 |
| Employee + 1 | $521.94 |
| Employee + 2 or more | $816.96 |

**Dental**

| | |
|---|---|
| **Enhanced Plan** | |
| Employee Only | $31.15 |
| Employee + 1 | $62.32 |
| Employee + 2 or more | $99.69 |
| **Basic Plan** | |
| Employee Only | $17.37 |
| Employee + 1 | $34.75 |
| Employee + 2 or more | $55.60 |

\* COBRA rates include 2% admin fee

EXHIBIT 6

2003_2004 COBRA Rates2.xls

CG 00115