| Review of Claim | AIG has the sole discretionary authority to determine eligibility for benefits and to interpret the terms of the insurance policy. All determinations and interpretations made by AIG are conclusive and binding on all parties. |
|---|---|
| | A decision on a claim will be made within 90 working days after receipt by AIG of a properly executed, complete proof of loss. Complete proof of loss includes any investigation by AIG necessary to determine its liability under the insurance policy. |
| | If your claim is denied in whole or in part, AIG will provide written notice of the denial to you. The notice will contain: (1) the specific reason or reasons for the denial; (2) specific references to pertinent provisions of the policy upon which the decision is based; (3) a description of any additional material or information needed to perfect the claim and an explanation of why it is necessary; and (4) an explanation of the Plan's claim review procedures. |
| | You may request a review of the denied claim. The request must be submitted in writing within 60 days after you receive written notice of the denial. You have the right to review, upon request and free of charge, copies of all documents, records, and other information relevant to your claim for benefits, and you may submit written comments, documents, records and other information relating to your claim. You should submit your request for review to the office of the AIG to which you submitted your initial request for benefit payment. |
| | AIG will review your claim and ordinarily notify you of its final decision within 60 days of receipt of your request. If special circumstances require an extension of time (of up to an additional 60 days), you will be notified of such extension during the 60 days following receipt of your request. The decision on review will be in writing, and it will include the specific reasons for the decision and the specific references to the pertinent provisions of the policy upon which the decision is based. |

**Your Rights Under ERISA**

The following statement is required by federal law and regulation:

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office (and at other specified locations), all Plan documents, including the contracts, agreements, and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions.

- Obtain copies of all Plan documents and other information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate the Plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other participants and beneficiaries.

No one, including Cap Gemini Ernst & Young U.S. LLC or any other person, may terminate your employment or otherwise discriminate against you in any way to prevent you from obtaining benefits from the Plan or exercising your rights under ERISA.

If your claim for a benefit is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.
Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In this case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If your claim for benefits is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that the Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if the court finds your claim to be frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about your rights under ERISA, you should contact the nearest Area Office of the U.S. Department of Labor, Pension and Welfare Benefits Administration, listed in your telephone directory or the Division of Technological Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue NW, Washington, DC 20210.

## SCHEDULE A

**THE COST OF AD&D COVERAGE**

| Plan Option | Semi-Monthly Employee Cost |
|---|---|
| Individual Plan | $0.075 |
| Family Plan 1: Employee + Spouse/Domestic Partner | $0.12 |
| Family Plan 2: Employee + Dependent Child (ren) | $0.12 |
| Family Plan 3: Employee + Spouse/Domestic Partner + Dependent Child (ren) | $0.12 |

(Rates are per $10,000 of coverage)



## Benefits Continuation Summary - Vice Presidents

| Benefit | Information |
|---|---|
| Medical / Dental | If you are enrolled in one of the medical plans and/or dental plans, coverage will end on the last day of the month in which separation from the Company occurs. However, your previously elected medical and/or dental coverage may be maintained for a specified period - generally 18 months - if you elect COBRA Continuation Coverage. You and/or your covered family members will be billed the full cost of the coverage plus an administrative fee.<br><br>BenefitsDirect, the Program Administrator, will mail additional information about COBRA Continuation Coverage to you. Questions about COBRA Continuation Coverage should be directed to a BenefitsDirect representative at **1-877-240-4015**. |
| Flexible Spending Accounts | If you are a participant in the Health Care Flexible Spending Account, participation terminates on the last day of the month in which separation from the Company occurs.<br><br>When participation in the **Health Care Reimbursement Account** terminates, only eligible expenses incurred during the period of participation will be reimbursed. However, you will have until **September 30, 2003** to file claims for expenses incurred. You may continue participation through COBRA by continuing to pay your monthly contribution on an after-tax basis plus an administrative fee.<br><br>If you are a participant in the Dependent Care Flexible Spending Account, participation terminates on the day in which separation from the Company occurs.<br><br>When participation in the **Dependent Day Care Reimbursement Account** terminates, claims incurred through the end of that Plan Year will be reimbursed to the extent that sufficient deposit amounts are available in your account. You have until **September 30, 2003** to file claims. (Note: IRS regulations do not allow a Dependent Day Care Reimbursement Account to be continued through COBRA.)<br><br>**FBD Consulting** is the administrator of the FSA accounts. Please contact FBD at **1-866-641-5158** for claim forms of if you require additional information.<br><br>BenefitsDirect, the Program Administrator, will mail additional information about COBRA Continuation Coverage for the Health Care Flexible Spending Account to you. Questions about COBRA Continuation Coverage should be directed to a BenefitsDirect representative at **(877) 240-4015**. |
| Core Life Insurance | Your Core Life Insurance will end on the date you separate from the Company.<br>You may be eligible to convert your life insurance to an individual policy issued by Aetna Life Insurance Company. You must apply within 31 days of your last date worked. Information on **conversion** may be obtained by contacting the CGE&Y National Benefits Department at **(571) 382-6214**. |

VP Continuation of Benefits – Final Jan 03

AIG 00099

| Benefit | Information |
|---|---|
| **Voluntary Group Accidental Death & Dismemberment (AD&D) Insurance** | If you are enrolled in the Voluntary AD&D insurance, your coverage will end on the date you separate from the company.<br>You may be eligible to **convert** your AD&D insurance to an individual policy issued by American Home Assurance Company. You must apply within 31 days of your last date worked. Information on conversion may be obtained by contacting the CGE&Y National Benefits Department at **(571) 382-6214**. |
| **Group Universal Life (GUL)/Group Variable Life Insurance (GVUL)** | If you are enrolled in GUL or GVUL insurance, you may **continue** coverage at the applicable rates. Marsh@WorkSolutions will bill you quarterly to continue this coverage. Questions about your GUL or GVUL insurance should be directed to a Marsh@WorkSolutions customer service representative at **(800) 222-1623**. |
| **VP Long Term Disability Insurance** | Coverage will continue for two months following the month you last worked. You may be eligible to continue your coverage. **TBG** will send you information regarding your rights to continue to coverage. If you have any questions, please contact a TBG representative at **800-588-7410**. |
| **Business Travel Accident Insurance** | Coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| **Short Term Disability** | Coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| **Personal Liability Insurance** | If you are enrolled in the Personal Liability insurance, your coverage will continue until the end of the policy period, March 31, 2003. Coverage **cannot be converted** to an individual policy. |
| **Legal Plans** | If you are enrolled in one of the Legal Plans, coverage will end on the day you separate from the Company. Coverage **cannot be converted** to an individual policy. |
| **Profit Sharing Contribution** | You may be eligible for a 2002 Profit Sharing Contribution based on total earnings (up to the IRS maximum) up to your last day at work, provided you have met the plan requirements. Contributions will be made directly into your Fidelity account in the Spring of 2003. If you have already closed your account, a new account will be set up in your name for the proceeds. Contact the Fidelity website at **www.401k.com** or by calling Fidelity Investments at **1-877-240-4015**. You will not be eligible for a 2003 Profit Share Contribution, which requires that individuals be employed on 12/31/2003 to qualify. |
| **401(k) Loans** | If you have an outstanding Plan loan, you will be able to continue to repay your loan by submitting payments directly to Fidelity. Contact Fidelity at **1-877-240-4015** to arrange for a loan coupon booklet to be sent to you. |
| **401(k) Match** | No 401(k) match will be made on any severance payments. |
| **401(k) Contributions** | Contributions will not be taken from any severance payments |
| **Cash Balance Plan** | You will be eligible to a pro-rata contribution for 2003 to your Cash Balance Plan, based on your total earnings in 2003 (up to the IRS maximum). You have several options regarding how to receive benefits under this Plan, which include: (a) Keep the funds in the Plan and continue to receive the guaranteed annual 7% interest credit; (b) Request a taxable cash distribution (notarized spousal consent required if married); (c) Request a rollover distribution on a tax-deferred basis; or (d) Request a payment in for the form of a Joint & Survivor Annuity (if married) or Single Life Annuity (if you are single or with a spousal consent if you are married). Please contact Jo Hughes with CGE&Y National |

VP Continuation of Benefits – Final Jan 03

AIG 00100

# Exhibit 2



**American International Life Assurance Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: Cap Gemini Ernst & Young US LLC
Policy Number: PAI 8060643

### GROUP ACCIDENT INSURANCE POLICY

This Policy is a legal contract between the Policyholder and the Company. The Company agrees to insure eligible persons of the Policyholder (herein called Insured Person(s)) against loss covered by this Policy subject to its provisions, limitations and exclusions. The persons eligible to be Insured Persons are all persons described in the Classification of Eligible Persons section of the Master Application.

This Policy is issued in consideration of the payment of the required premium when due and the statements set forth in the signed Master Application, which is attached to and made part of this Policy, and in the individual enrollment forms, if any.

This Policy begins on the Policy Effective Date shown in the Master Application and continues in effect until the Policy Termination Date as long as premiums are paid when due, unless otherwise terminated as further provided in this Policy. If this Policy is terminated, insurance ends on the date to which premiums have been paid. After the Policy Termination Date, this Policy may be renewed for additional periods of time by mutual written consent of the Company and the Policyholder at the premium rates in effect at the time of renewal.

This Policy is governed by the laws of the state in which it is delivered.

The President and Secretary of American International Life Assurance Company of New York witness this Policy:

*[signature]*  *[signature]*
President       Secretary

**PLEASE READ THIS POLICY CAREFULLY.**

Non-Participating Policy

**THIS IS AN ACCIDENT ONLY POLICY. IT DOES NOT COVER SICKNESS OR DISEASE.**

C11960NY                                                                                          CAP

AIG 00058

## TABLE OF CONTENTS

Definitions ..................................................................................................... 3

Policy Effective and Termination Dates ................................................... 3

Insured's Effective and Termination Dates .............................................. 3

Premium ........................................................................................................ 4

Benefits .......................................................................................................... 4
    Principal Sum ....................................................................................... 4
    Reduction Schedule ............................................................................. 4
    Limitation on Multiple Benefits ........................................................... 5
    Accidental Death Benefit .................................................................... 5
    Accidental Dismemberment and Paralysis and Coma Benefit .... 5,6
    Exposure and Disappearance ............................................................ 6

Exclusions ..................................................................................................... 7

Claims Provisions ........................................................................................ 8

General Provisions ................................................................................. 9,10

## DEFINITIONS

**Injury** - means bodily injury caused by an accident occurring while this Policy is in force as to the person whose injury is the basis of claim and resulting directly and independently of all other causes in a covered loss.

**Insured** - means a person: (1) who is a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application; (2) who has enrolled for coverage under this Policy, if required; (3) for whom premium has been paid; and (4) while covered under this Policy. However, an Insured does not include any person covered under this Policy solely as an Insured Dependent as defined in the Family Coverage Rider.

**Immediate Family Member** - means a person who is related to the Insured Person in any of the following ways: spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister), or child (includes legally adopted or stepchild).

**Insured Person** - means an Insured or an Insured Dependent as defined in the Family Coverage Rider.

**Physician** - means a licensed practitioner of the healing arts acting within the scope of his or her license who is not: 1) the Insured Person; 2) an Immediate Family Member; or 3) retained by the Policyholder.

## POLICY EFFECTIVE AND TERMINATION DATES

**Effective Date.** This Policy begins on the Policy Effective Date shown in the Master Application at 12:01 AM Standard Time at the address of the Policyholder where this Policy is delivered.

**Termination Date.** Either the Company or the Policyholder may terminate this Policy on any premium due date by giving 30 days advance written notice to the other party. This Policy may also, at any time, be terminated by mutual written consent of the Company and the Policyholder. This Policy terminates automatically on the earlier of: 1) the Policy Termination Date shown in the Master Application; or 2) the premium due date if premiums are not paid when due. Termination takes effect at 12:01 AM Standard Time at the Policyholder's address on the date of termination.

## INSURED'S EFFECTIVE AND TERMINATION DATES

**Effective Date.** An Insured's coverage under this Policy begins on the latest of: (1) the Policy Effective Date; (2) the date the first premium for the Insured's coverage is paid in accordance with the Premiums section of the Master Application; (3) if individual enrollment is required, the date written enrollment is received by the Policyholder (4) the date the person becomes a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application; or (5) the Coverage Effective Date described in the Master Application.

**Termination Date.** An Insured's coverage under this Policy ends on the earliest of: (1) the date this Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of the Master Application.

Termination of coverage will not affect a claim for a covered loss that occurred while the Insured's coverage was in force under this Policy.

## PREMIUM

**Premiums.** Premiums are payable to the Company at the rates and in the manner described in the Premiums section of the Master Application. The Company may change the required premiums due on any premium due date on or after the Policy anniversary date, as measured annually from the Policy Effective Date, by giving the Policyholder at least 31 days advance written notice. The Company may change the required premiums as a condition of any renewal of this Policy. The Company may also change the required premiums at any time when any coverage change affecting premiums is made in this Policy.

**Grace Period** A Grace Period of 31 days will be provided for the payment of any premium due after the first. This Policy will not be terminated for nonpayment of premium during the Grace Period if the Policyholder pays all premiums due by the last day of the Grace Period. This Policy will terminate on the last day of the period for which all premiums have been paid if the Policyholder fails to pay all premiums due by the last day of the Grace Period.

If the Company expressly agrees to accept late payment of a premium without terminating this Policy, the Company does so in accordance with the Noncompliance with Policy Requirements provision of the General Provisions section. In such case, the Policyholder will be liable to the Company for any unpaid premiums for the time this Policy is in force.

No grace period will be provided if the Company receives notice to terminate this Policy prior to a premium due date.

## BENEFITS

**Principal Sum.** As applicable to each Insured, Principal Sum means the amount of insurance in force under this Policy as described in the Master Application.

**Reduction Schedule.** The amount payable for a loss will be reduced if an Insured Person is age 70 or older on the date of the accident causing the loss with respect to any Benefit provided by this Policy where the amount payable for the loss is determined as a percentage of his or her Principal Sum. The amount payable for the Insured Person's loss under that Benefit is a percentage of the amount that would otherwise be payable, according to the following schedule:

| AGE ON DATE OF ACCIDENT | PERCENTAGE OF AMOUNT OTHERWISE PAYABLE |
|---|---|
| 70-74 | 80% |
| 75-79 | 55% |
| 80-84 | 35% |
| 85 and older | 20% |

Premium for an Insured Person age 70 or older is based on 100% of the coverage that would be in effect if the Insured Person were under age 70.

"Age" as used above refers to the age of the Insured Person on the Insured Person's most recent birthday, regardless of the actual time of birth.

C11960NY                                                                                                                  CAP

**Limitation on Multiple Benefits.** If an Insured Person suffers one or more losses from the same accident for which amounts are payable under more than one of the following Benefits provided by this Policy, the maximum amount payable under all of the Benefits combined will not exceed the amount payable for one of those losses, the largest: Accidental Death Benefit, Accidental Dismemberment, Paralysis, Coma Benefit, and Permanent Total Disability Benefit.

**Accidental Death Benefit.** If Injury to the Insured Person results in death within 365 days of the date of the accident that caused the Injury, the Company will pay 100% of the Principal Sum.

**Accidental Dismemberment Paralysis and Coma Benefit.** If Injury to the Insured Person results, within 365 days of the date of the accident that caused the Injury, in any one of the Types of Losses specified below the Company will pay the percentage of the Principal Sum shown below for that Loss:

Schedule for Insured and Insured Spouse Only

| Type of Loss | Percentage of Principal Sum |
| --- | --- |
| Both Hands or Both Feet | 100% |
| Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and the Sight of One Eye | 100% |
| One Foot and the Sight of One Eye | 100% |
| Speech and Hearing in Both Ears | 100% |
| One Hand or One Foot | 50% |
| Sight of One Eye | 50% |
| Speech or Hearing in Both Ears | 50% |
| Thumb and Index Finger of Same Hand | 25% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Hemiplegia | 50% |
| Uniplegia | 25% |
| Loss Due to Coma | 1% Per Month |

Schedule for Insured Dependent Child(ren) Only

| Type of Loss | Percentage of Principal Sum |
| --- | --- |
| Both Hands or Both Feet | 200% |
| Sight of Both Eyes | 200% |
| One Hand and One Foot | 200% |
| One Hand and the Sight of One Eye | 200% |
| One Foot and the Sight of One Eye | 200% |
| Speech and Hearing in Both Ears | 200% |
| One Hand or One Foot | 100% |
| Sight of One Eye | 100% |
| Speech or Hearing in Both Ears | 100% |
| Hearing in One Ear | 50% |
| Thumb and Index Finger of Same Hand | 50% |
| Quadriplegia | 200% |
| Paraplegia | 150% |
| Hemiplegia | 100% |
| Uniplegia | 50% |
| Loss Due to Coma | 1% Per Month |

C11960NY                                                                                                        CAP

"Loss" of a hand or foot means complete severance through or above the wrist or ankle joint. "Loss" of sight of an eye means total and irrecoverable loss of the entire sight in that eye. "Loss" of hearing in an ear means total and irrecoverable loss of the entire ability to hear in that ear. "Loss" of speech means total and irrecoverable loss of the entire ability to speak. "Loss" of thumb and index finger means complete severance through or above the metacarpophalangeal joint of both digits.

"Quadriplegia" means the complete and irreversible paralysis of both upper and both lower limbs. "Paraplegia" means the complete and irreversible paralysis of both lower limbs. "Hemiplegia" means the complete and irreversible paralysis of the upper and lower limbs of the same side of the body. "Uniplegia" means the complete and irreversible paralysis of one limb. "Limb" means entire arm or entire leg.

"Loss Due to Coma" means a Coma that continues for a period of 30 consecutive days. The Company will pay a monthly benefit of 1% of the Principal Sum.

No benefit is provided for the first 30 days of a Coma. The benefit is payable monthly as long as the Insured Person remains Comatose due to that Injury, but ceases on the earliest of: (1) the date the Insured Person ceases to be Comatose due to that Injury; (2) the date the Insured Person dies; or (3) the date the total amount of the monthly Coma benefits paid for all Injuries caused by the same accident equals 100% of the Principal Sum. The Company will pay benefits calculated at 1/30th of the monthly benefit for each day for which the Company is liable when the Insured Person is Comatose for less than a full month. Only one benefit is provided for any one month an Insured Person is Comatose, regardless of the number of Injuries causing the Coma.

The Company reserves the right, at the end of the first 30 consecutive days of Coma and as often as it may reasonably require thereafter, to determine, on the basis of all the facts and circumstances, that the Insured Person is Comatose, including, but not limited to, requiring an independent medical examination provided at the expense of the Company.

"Coma/Comatose" means a profound state of unconsciousness from which the Insured Person cannot be roused to a state of consciousness, even by powerful stimulation, as determined by a Physician.

If more than one Loss is sustained by an Insured Person as a result of the same accident, only one amount, the largest, will be paid.

**Exposure and Disappearance.** If by reason of an accident occurring while an Insured Person's coverage is in force under this Policy, the Insured Person is unavoidably exposed to the elements and as a result of such exposure suffers a loss for which a benefit is otherwise payable under this Policy, the loss will be covered under the terms of this Policy.

If the body of an Insured Person has not been found within one year of the disappearance, forced landing, stranding, sinking or wrecking of a conveyance in which the person was an occupant while covered under this Policy, then it will be deemed, subject to all other terms and provisions of this Policy, that the Insured Person has suffered accidental death within the meaning of this Policy.

C11960NY                                                                                                                                            CAP

## EXCLUSIONS

This Policy does not cover any loss caused in whole or in part by, or resulting in whole or in part from, the following:

1. suicide or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury;

2. travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the Insured Person is:

    a. riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

    b. performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft; or

    c. riding as a passenger in an aircraft owned, leased or operated by the Policyholder or the Insured Person's employer;

3. declared or undeclared war, or any act of declared or undeclared war;

4. full-time active duty in the armed forces of any country or international authority, except the National Guard or organized reserve corps duty (unearned premium will be returned if the Insured Person enters military service);

5. the Insured Person being under the influence of drugs or intoxicants, unless taken under the advice of a Physician; or

6. the Insured Person's commission of or attempt to commit a felony.

C11960NY                                                                                                                CAP

AIG 00064

## CLAIMS PROVISIONS

**Notice of Claim.** Written notice of claim must be given to the Company within 20 days after an Insured Person's loss, or as soon thereafter as reasonably possible. Notice given by or on behalf of the claimant to the Company at American International Companies®, Accident and Health Claims Division, 80 Pine Street, 13th Floor, New York, NY 10005, with information sufficient to identify the Insured Person, is deemed notice to the Company.

**Claim Forms.** The Company will send claim forms to the claimant upon receipt of a written notice of claim. If such forms are not sent within 15 days after the giving of notice, the claimant will be deemed to have met the proof of loss requirements upon submitting, within the time fixed in this Policy for filing proof of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made. The notice should include the Insured's name, the Policyholder's name and the Policy number.

**Proof of Loss.** Written proof of loss must be furnished to the Company within 90 days after the date of the loss. If the loss is one for which this Policy requires continuing eligibility for periodic benefit payments, subsequent written proofs of eligibility must be furnished at such intervals as the Company may reasonably require. Failure to furnish proof within the time required neither invalidates nor reduces any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible.

**Payment of Claims.** Upon receipt of due written proof of death, payment for loss of life of an Insured Person will be made to the Insured Person's beneficiary as described in the Beneficiary Designation and Change provision of the General Provisions section.

Upon receipt of due written proof of loss, payments for all losses, except loss of life, will be made to (or on behalf of, if applicable) the Insured Person suffering the loss. If an Insured Person dies before all payments due have been made, the amount still payable will be paid to his or her beneficiary as described in the Beneficiary Designation and Change provision of the General Provisions section.

If any payee is a minor or is not competent to give a valid release for the payment, the payment will be made to the legal guardian of the payee's property. If the payee has no legal guardian for his or her property, a payment not exceeding $1,000 may be made, at the Company's option, to any relative by blood or connection by marriage of the payee, who, in the Company's opinion, has assumed the custody and support of the minor or responsibility for the incompetent person's affairs.

Any payment the Company makes in good faith fully discharges the Company's liability to the extent of the payment made.

**Time of Payment of Claims.** Benefits payable under this Policy for any loss other than loss for which this Policy provides any periodic payment will be paid immediately upon the Company's receipt of due written proof of the loss. Subject to the Company's receipt of due written proof of loss, all accrued benefits for loss for which this Policy provides periodic payment will be paid at the expiration of each month during the continuance of the period for which the Company is liable and any balance remaining unpaid upon termination of liability will be paid immediately upon receipt of such proof.

C11960NY                                                                                                                CAP

## GENERAL PROVISIONS

**Entire Contract; Changes.** This Policy, the Master Application, and any attached papers make up the entire contract between the Policyholder and the Company. In the absence of fraud, all statements made by the Policyholder or any Insured Person will be considered representations and not warranties. No written statement made by an Insured Person will be used in any contest unless a copy of the statement is furnished to the Insured Person or his or her beneficiary or personal representative.

No change in this Policy will be valid until approved by an officer of the Company. The approval must be noted on or attached to this Policy. No agent may change this Policy or waive any of its provisions.

**Incontestability.** The validity of this Policy will not be contested after it has been in force for [two]¹ year(s) from the Policy Effective Date, except as to nonpayment of premiums.

After an Insured Person has been insured under this Policy for two year(s) during his lifetime, no statement made by the Insured Person, except a fraudulent one, will be used to contest a claim under this Policy. The Company may only contest coverage if the misstatement is made in a written instrument signed by the Insured Person and a copy is given to the Policyholder, the Insured Person or the beneficiary.

**Certificates of Insurance.** The Company will provide certificates of insurance for delivery to each Insured describing the coverage provided, any limitations, reductions, and exclusions applicable to the coverage, and to whom benefits will be paid.

**Insured's Beneficiary Designation and Change.** The Insured's designated beneficiary(ies) is (are) the person(s) so named by the Insured for the Policyholder's group life insurance policy as shown on the Policyholder's records kept on that policy, unless the Insured has named a beneficiary specifically for this Policy as shown on the Company's or, if agreed upon in advance by the Company, the Policyholder's records kept on this Policy.

An Insured over the age of majority and legally competent may change his or her beneficiary designation at any time, unless an irrevocable designation has been made, without the consent of the designated beneficiary(ies), by providing the Company or, if agreed upon in advance by the Company, the Policyholder with a written request for change. When the request is received by the Company or, if agreed upon in advance by the Company, the Policyholder, whether the Insured is then living or not, the change of beneficiary will relate back to and take effect as of the date of execution of the written request, but without prejudice to the Company on account of any payment made by it prior to receipt of the request.

If there is no designated beneficiary or no designated beneficiary is living after the Insured's death, the benefits will be paid, in equal shares, to the survivors in the first surviving class of those that follow: the Insured's (1) spouse; (2) children; (3) parents; or (4) brothers and sisters. If no class has a survivor, the beneficiary is the Insured's estate.

**Physical Examination and Autopsy.** The Company at its own expense has the right and opportunity to examine the person of any individual whose loss is the basis of claim under this Policy when and as often as it may reasonably require during the pendency of the claim and to make an autopsy in case of death where it is not forbidden by law.

C11960NY                                                                                                CAP

AIG 00066

**Legal Actions.** No action at law or in equity may be brought to recover on this Policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this Policy. No such action may be brought after the expiration of three years after the time written proof of loss is required to be furnished.

**Noncompliance with Policy Requirements.** Any express waiver by the Company of any requirements of this Policy will not constitute a continuing waiver of such requirements. Any failure by the Company to insist upon compliance with any Policy provision will not operate as a waiver or amendment of that provision.

**Conformity With State Statutes.** Any provision of this Policy which, on its effective date, is in conflict with the statutes of the state in which this Policy is delivered is hereby amended to conform to the minimum requirements of those statutes.

**Workers' Compensation.** This Policy is not in lieu of and does not affect any requirements for coverage by any Workers' Compensation Act or similar law.

**Clerical Error.** Clerical error, whether by the Policyholder or the Company, will not void the insurance of any Insured Person if that insurance would otherwise have been in effect nor extend the insurance of any Insured Person if that insurance would otherwise have ended or been reduced as provided in this Policy.

**Records.** The Company has the right to inspect at any reasonable time, any records of the Policyholder that may have a bearing on this insurance.

**Assignment.** This Policy is non-assignable. An Insured may assign all of his or her rights, privileges and benefits under this Policy without the consent of his or her designated beneficiary. The Company is not bound by an assignment until the Company receives and files a signed copy. The Company is not responsible for the validity of assignments. The assignee only takes such rights as the assignor possessed and such rights are subject to state and federal laws and the terms of this Policy.

**New Entrants.** This Policy will allow from time to time, that new eligible Insured Persons of the Policyholder be added to the class(es) of Insured Persons originally insured under this Policy.

**Misstatement of Age.** If premiums for the Insured Person are based on age and the Insured Person has misstated his or her age, there will be a fair adjustment of premiums based on his or her true age. If the benefits for which the Insured Person is insured are based on age and the Insured Person has misstated his or her age, there will be an adjustment of said benefit based on his or her true age. The Company may require satisfactory proof of age before paying any claim.

C11960NY                                                                                                                    CAP

AIG 00067

# Exhibit 3



**American International Life Assura**
**Company of New York**
Home Office: 70 Pine Street
New York, New York 10270
(212) 770-7000
(Herein called the Company)

Policyholder: Cap Gemini Ernst & Young US LLC
Policy Number: PAI 8060643

### CONVERSION PRIVILEGE RIDER

This Rider is attached to and made part of the Policy as of the Policy Effec
Policy's Master Application. It applies only with respect to individual coverage tt
date. It is subject to all of the provisions, limitations and exclusions of the Pc
specifically modified by this Rider.

**Conversion Privilege (Applies to the Accidental Death Benefit and Accid
Benefit only.)** If an Insured Person's coverage ends (prior to age 80) because
member of any eligible class of persons as described in the Classification of Eli
the Master Application, coverage may be converted to an individual
dismemberment policy (herein called an Individual Policy).

The Company must receive a written application and payment of the required
after coverage ends under the Policy. No evidence of insurability is required
Policy. The Individual Policy will be a type the Company regularly makes avail:
The initial premium for the Individual Policy will be based on the Insured Pe
class, and amount of insurance provided, at the time of application for the Indiv

Coverage under the Individual Policy will take effect on the later of: (1) the
required premium payment are received by the Company; or (2) the date f
coverage under the Policy ends. In the event that the application and r
received prior to termination of coverage under the Policy, coverage is nc
coverage ends under the Policy until the date coverage under the Individual
Coverage under the Individual Policy may not be less than $100,000 and m
of: (1) the amount for which the Insured Person was covered under the Polic;

The President and Secretary of American International Life Assurance Corr
this Rider:

*[signatures]*

C11971                                                                          1

# Exhibit 4

FEB 12 2003 09:27 FR AIG                    302 761 3749 TO 916038642206        P.03

In order to assure prompt processing, please be certain the authorization below is signed by the beneficiary. The completed and signed claim form along with the Certified Death Certificate, Police Report, Autopsy Report, and any newspaper clippings should be returned to the Employer/Administrator.

**NAME OF BENEFICIARY:** Edward Heller
**RELATIONSHIP TO DECEDENT:** Spouse
10-1-1942

NOTE: If any designated beneficiary is deceased, submit that beneficiary's certified Death Certificate. If the beneficiary is the Deceased's estate, furnish certified letters of Administration or Letters of Testamentary, and Estate Tax ID Number. If the beneficiary is a minor, furnish certified Letters of Guardianship for the minor's estate and minor's social security number.

(MONTH, DAY, YEAR): 01-29-2003    A.M.    (IF CITY OR TOWN, SHOW STREET NUMBER): ATLANTA, GA

Auto Accident - Blunt Force Trauma, Head    (MO, DAY, YEAR): 01-29-2003

01-29-2003

Passenger in taxi, which went out of control and crashed into tree.

**NAME & ADDRESS:** - DOA -

**NAME:** Rachel Haft, MD    **ADDRESS:** 521 Mt Auburn St, Suite 200, Watertown, MA 02472    **AILMENT:** Routine Checkup

**NAME & ADDRESS:** Contact Sgt Shelton  404-669-4672

LIST OTHER COVERAGES AND AMOUNTS OF INSURANCE IN FORCE ON DECEASED'S LIFE.

| NAME OF COMPANY | POLICY NUMBER | EFFECTIVE DATE | AMOUNT OF INSURANCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

HAVE DIVORCE PROCEEDINGS EVER BEEN INSTITUTED BY OR AGAINST THE DECEASED? IF YES, INDICATE WHEN, WHERE AND THE OUTCOME.

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**SIGNATURE OF BENEFICIARY, AUTHORIZED REPRESENTATIVE, OR NEXT OF KIN:** [signed]
**DATE SIGNED (MONTH, DAY, YEAR):** 2-27-03

**ADDRESS OF NEXT OF KIN (NO., STREET, CITY, STATE):** 20 Indian Hill Rd, Weston, MA 02493
**BUSINESS PHONE NUMBER:** 617, 510-5276
**HOME PHONE NUMBER:** 781, 891-0701

AccDeathWO/Rev. 1.0, 8/2002

AIG 00153

** TOTAL PAGE.03 **