# Exhibit 5

(



AIG C    n Services, Inc.®
**A&H Claims Department**
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

April 14, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:            Patricia Heller
Policy Number:  PAI 8060643
Policyholder:   Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

We regret to learn of the death of your spouse and would like to express our deepest sympathy to you and
your family.

We received your claim for accidental death benefits. A review of the information received indicates that
your spouse's last day actively at work was Friday, January 24, 2003. So that we may evaluate this claim
and determine her eligibility under the Policy at the time the accident occurred, we are requesting the
following information from the Policyholder.

1.  The reason your spouse was not actively at work after January 24, 2003. For instance, was she on a
    temporary lay-off or leave of absence? Was she on an authorized family or medical leave? Was she on
    vacation? Did she terminate her employment with Cap Gemini Ernst and Young? Was her employment
    with Cap Gemini Ernst and Young terminated? Did she retire from Cap Gemini Ernst and Young?
2.  A copy of the payroll register for the last paycheck that was issued. This information is necessary to
    verify whether premiums for this coverage were being deducted and the date that premiums for this
    coverage were paid through.

Once we determine the reason your spouse was not actively at work after January 24, 2003, we will advise
the status of this claim. In the interim, please be advised that the following are the pertinent Policy
provisions with regard to eligibility for coverage under the Policy.

*Accidental Death Benefit. If Injury to the Insured Person results in death within 365 days of the date of the
accident that caused the Injury, the Company will pay 100% of the Principal Sum.*

*Injury – means bodily injury caused by an accident occurring while this Policy is in force as to the person
whose injury is the basis of claim and resulting directly and independently of all other causes in a covered
loss.*

A Member Company of
American International Group, Inc.

AIG 00040

Page 2. Mr. Heller

*Classification of Eligible Persons*

*Class*   *Description of Class*
*1.*      *All active full-time employees working an average of 30 hours per week, all active part-time*
          *employees working an average of 20 hours per week and all retirees of Cap Gemini Ernst & Young*
          *US LLC*

*Insured's Termination Date. An Insured's coverage under this Policy ends on the earliest of: (1) the date this*
*Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured*
*requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a*
*member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of*
*the Master Application.*

*Continuation of Eligibility. If premium payments are continued on a basis that precludes individual*
*selection, an Insured who ceases to be a member of any eligible class of persons as described above may still*
*be regarded as in an eligible class of persons as follows: (1) If the Insured is on temporary lay off or leave of*
*absence (other than an authorized family or medical leave), for the full period of the lay off or leave, but not*
*for more than three months in a row; or (2) If the Insured is absent from work due to an authorized family or*
*medical leave, for the full period of the leave, but not for more than three months in a row unless a longer*
*period is agree to by the Company and the Policyholder.*

*Conversion Privilege Rider: If an Insured Person's coverage ends (prior to age 80) because he or she is not*
*longer a member of any eligible class of persons as described in the Classification of Eligible Persons*
*section of the Master Application, coverage may be converted to an individual accidental death, and*
*dismemberment policy (herein called an Individual Policy).*

*The Company must receive a written application and payment of the required premium within 31 days after*
*coverage ends under the Policy. No evidence of insurability is required to obtain the Individual Policy. The*
*Individual Policy will be a type the Company regularly makes available on its effective date. The initial*
*premium for the Individual Policy will be based on the Insured Person's attained age, risk class, and amount*
*of insurance provided, at the time of application for the Individual Policy.*

*Coverage under the Individual Policy will take effect on the later of: (1) the date the application and*
*required premium payment are received by the Company; or (2) the date that the Insured Person's coverage*
*under the Policy ends. In the event that the application and required premium are not received prior to*
*termination of coverage under the Policy, coverage is not provided from the date coverage ends under the*
*Policy until the date coverage under the Individual Policy becomes effective. Coverage under the Individual*
*Policy may not be less than $100,000 and may not exceed the greater of: (1) the amount for which the*
*Insured Person was covered under the Policy; or (2) $250,000.*

If you have any questions, please do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning
this claim for plan benefits. Nothing in this letter or any other communication that you have received or will
receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or
the plan, which we specifically reserve.

Sincerely,


Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

AIG 00041

# Exhibit

**Vivian, Jill**

| | |
|---|---|
| **From:** | Vivian, Jill |
| **Sent:** | Monday, April 14, 2003 3:28 PM |
| **To:** | 'maryanne.alvarez@cgey.com' |
| **Subject:** | Patricia Heller - PAI 8060643, Cap Gemini Ernst & Young |

**Importance:**    High

Maryanne,

I am the examiner that has been assigned to handle the above claim for accidental death benefits. In order to evaluate this claim, I need verification of the following:

1.  The specific reason Patricia Heller was not actively at work after January 24, 2003. Was she on a temporary lay-off or leave of absence? Was she on an authorized family or medical leave? Was she on vacation? Did she terminate her employment with Cap Gemini Ernst and Young? Was her employment with Cap Gemini Ernst & Young terminated by E&Y? Did she retire from Cap Gemini Ernst and Young?
2.  A copy of the payroll register for the last paycheck that was issued. This information is necessary to verify whether premiums for this coverage were deducted and the date that premiums for this coverage were paid through.
3.  If she terminated her employment or her employment was terminated, please advise if she inquired about converting her Accidental Death and Dismemberment coverage to an Individual Policy.

If I should direct these questions to someone else, please advise who I should direct them to. I originally contacted Kristina Gorman @ CGEY; however, she advised that she would not be able to help me and she had no idea who I should contact. I saw that you had been in contact with my manager, so I thought I would start with you.

Thank you for your assistance. Jill

1

AIG 00039

# Exhibit 7

## Hughes, Josephine P.

**From:**     Hughes, Josephine P.
**Sent:**     Friday, June 13, 2003 5:56 PM
**To:**       Jadick-Geiger, Laurie; McGee, Tracey
**Cc:**       Kontowicz, Jodie
**Subject:** FW: Follow-up on the AIG Insurance Claim - Pat Heller

Laurie and Tracey
  Here is the final version of the letter we discussed (including Neal's edits) which I sent today to Ed Heller. Regards. JO

-----Original Message-----
**From:** Hughes, Josephine P.
**Sent:** Tuesday, June 10, 2003 1:20 PM
**To:** McGee, Tracey
**Cc:** Jadick-Geiger, Laurie; Dascalu, Michele D.
**Subject:** FW: Follow-up on the AIG Insurance Claim - Pat Heller

Tracey
  Please review. Our research indicated from the beginning that Pat would not be eligible for AD&D since coverage ended on her last day of work with CGE&Y and she had not covered to an individual policy prior to her death.
Michele
  Could you set up a brief (1/2 hour) call with me, Laurie and Tracey ASAP? We need to discuss and agree upon our unified approach to communicating with ED (who will quickly get back to him, the message, etc.). Thanks. JO

-----Original Message-----
**From:** Jadick-Geiger, Laurie
**Sent:** Tuesday, June 10, 2003 11:54 AM
**To:** Hughes, Josephine P.; Kontowicz, Jodie
**Subject:** FW: Followup on the AIG Insurance Claim - Pat Heller

I need your advise here
Ed is not satisfied with what he is being told


## Laurie


Laurie Jadick-Geiger
Associate Director / Services PRM
office: 917-934-8822  capcom: 8655234
IM: lauriejadick

-----Original Message-----
**From:** EDHELLER@aol.com [mailto:EDHELLER@aol.com]
**Sent:** Tuesday, June 10, 2003 10:42 AM
**To:** Jadick-Geiger, Laurie
**Subject:** Followup on the AIG Insurance Claim - Pat Heller

Laurie,

Yesterday I received word from Jill Vivian at AIG Claims Services that she had recommended that the AD & D claim under Pat's insurance throiugh CGEY be denied. She submitted this recomendation to her management for review. This outcome will not satisfactory to me.

This recommendation was based at least in part on information that is erroneous. She stated that she had been told the insurance premiums has stopped prior to Pat's death. That is clearly not the case if one looks at Pat's last pay stub.

4/20/2004

In addition, she seemed to be of the opinion that the 31 day conversion option did not apply. Both the CGEY Benefits documentation and the AD&D Summary Plan Description read otherwise (page 10), if premiums are current.

I have learned from insurance industry resources that it is standard practice to cover claims within the 31 conversion period. Four out of four companies surveyed supported this practice.

I hope you are able to help get this matter can be cleared up without a more extensive or expensive process.

Thank you for your asistance.

Regards,
Ed Heller

4/20/2004

# Exhibit



July 31, 2003

Ed Heller
20 Indian Hill Road
Weston, MA  02493

Dear Mr. Heller:

As we discussed, Cap Gemini Ernst & Young ("CGE&Y") has previously communicated with AIG, the insurer underlying the Accidental Death and Dismemberment Plan ("AD&D Plan") with respect to your wife's last payroll deductions for such insurance. The purpose of this letter is to confirm to you that we did so and to provide you with the content of that communication.

On April 28, 2003, Carolyn Berish (CGE&Y Employee Benefits) responded to a standard question posed by AIG with regard to final payroll deduction. Carolyn's email was sent to Jill Vivian (AIG) with a copy to Deborah Giles (AIG). The email indicated the following:

> "Patricia had payroll deductions of $12.00 for the period 1/1/03 – 1/15/03 and the $12.00 full premium for the period 1/16/03 – last date worked. There was no rebate of any premium, although her coverage ended on last date worked, which was 1/24/03. This is standard payroll practice."

In a subsequent email, Tracey McGee (CGE&Y Employee Benefits) clarified to Deborah Giles (AIG) that the last day of employment was actually 1/25/03.

If you have any further questions or comments, please do not hesitate to contact me at 201-872-6811.

Sincerely,


Lynne A. Oldham

cc:    Deborah Giles (AIG)
       Jill Vivian (AIG)

AIG 00027

# Exhibit 9

August 20, 2003

Ms. Myra Zimmerman, Claim Manager
AIG Claims Services, Inc.
Accident and Health Division
Claims Department
1 Alico Plaza
600 King St – 5th floor
Wilmington, DE 19801

RECEIVED

AUG 2 2 2003

A&H CLAIMS
AIGCS

RECEIVED

AUG 2 6 2003

AD&D UNIT

| Re: | Patricia Heller |
|-----|-----------------|
| Policy Number: | PAI 8060643 |
| Policy Holder: | Cap Gemini Ernst & Young US LLC |

Dear Myra Zimmerman:

Please consider this letter a formal appeal under the ERISA Act regarding the
decision by AIG to deny coverage of the above referenced claim communicated
to me in a letter dated June 23, 2003.

I believe the decision to deny coverage to be incorrect, because not all of the
facts were available for consideration.

Patricia's coverage under the AIG policy was supported by bimonthly payroll
deductions of $12 each.  Because full payroll deductions were made from both of
Patricia's payroll checks for the month of January 2003 (see attached letter from
Lynne Oldham, CGEY dated August 13, 2003), my contention is that she was
fully covered by the insurance policy throughout January.  Patricia had 31 days
during which she was entitled to extend coverage under the policy.  Because the
premium had been paid for all of January, she met the requirement that, for
insurance coverage to be in force during the 31-day period, the premium must be
paid.  Therefore, I contend that Patricia was fully covered under the AIG policy at
the time of her death on January 29, 2003.

I am hereby requesting full payment of the claim under this policy based on
Patricia's date of death of January 29, 2003 occurring during the premium-
covered period.

Regards,

Edward E. Heller, Jr.
20 Indian Hill Rd.
Weston, MA 02493-2115

781-891-0701
781-891-5190/fax
617-510-5276/cell

AIG 00023

# Exhibit 10



AIG C̮͟   ̮ Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE  19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

December 11, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:            Patricia Heller
Policy Number: PAI 8060643
Policyholder:   Cap Gemini Ernst & Young US LLC

Dear Mr. Heller:

On December 10, 2003, the ERISA Appeals Committee (the "Committee") of American
International Life Assurance Company of New York (the "Company") carefully reviewed this
claim.  The reasons for the Committee's decision to uphold the denial are summarized in this
letter and in our letter of June 23, 2003.

**Factual Considerations**

Your spouse was a participant in the Cap Gemini Ernst & Young US LLC employee accidental
death and dismemberment benefit plan (the "Plan").  This Plan provides coverage for certain
losses under specific circumstances.  The terms of this coverage appear in the policy of insurance
(the "Policy") which is provided by this Company under the Plan.  Relevant to this claim, the
Policy provides:

**Pertinent Policy Provisions**

*Accidental Death Benefit. If Injury to the Insured Person results in death within 365 days of the
date of the accident that caused the Injury, the Company will pay 100% of the Principal Sum.*

*Injury – means bodily injury caused by an accident occurring while this Policy is in force as to the
person whose injury is the basis of claim and resulting directly and independently of all other
causes in a covered loss.*

A Member Company of
American International Group, Inc.

AIG 00015

Page 2. Mr. Heller

*Classification of Eligible Persons*

*Class    Description of Class*
*1.      All active full-time employees working an average of 30 hours per week, all active part-time employees working an average of 20 hours per week and all retirees of Cap Gemini Ernst & Young US LLC*

*Insured's Termination Date. An Insured's coverage under this Policy ends on the earliest of: (1) the date this Policy is terminated; (2) the premium due date if premiums are not paid when due; (3) the date the Insured requests, in writing, that his or her coverage be terminated; or (4) the date the Insured ceases to be a member of any eligible class(es) of persons as described in the Classification of Eligible Persons section of the Master Application.*

*Conversion Privilege Rider: If an Insured Person's coverage ends (prior to age 80) because he or she is no longer a member of any eligible class of persons as described in the Classification of Eligible Persons section of the Master Application, coverage may be converted to an individual accidental death and dismemberment policy (herein called an Individual Policy).*

*The Company must receive a written application and payment of the required premium within 31 days after coverage ends under the Policy. No evidence of insurability is required to obtain the Individual Policy. The Individual Policy will be a type the Company regularly makes available on its effective date. The initial premium for the Individual Policy will be based on the Insured Person's attained age, risk class, and amount of insurance provided, at the time of application for the Individual Policy.*

*Coverage under the Individual Policy will take effect on the later of: (1) the date the application and required premium payment are received by the Company; or (2) the date that the Insured Person's coverage under the Policy ends. In the event that the application and required premium are not received prior to termination of coverage under the Policy, coverage is not provided from the date coverage ends under the Policy until the date coverage under the Individual Policy becomes effective. Coverage under the Individual Policy may not be less than $100,000 and may not exceed the greater of: (1) the amount for which the Insured Person was covered under the Policy; or (2) $250,000.*

### Summary of Pertinent Facts

Your spouse voluntarily resigned from Cap Gemini Ernst & Young. Her last day actively at work was Friday, January 24, 2003. On Wednesday, January 29, 2003, she was a passenger in a Taxicab that was involved in an accident. She subsequently died from the injuries that she sustained in the accident.

### Conclusion

The Committee reviewed the entire administrative record of this claim and concluded that the record contains substantial evidence that at the time of the accident, your spouse was no longer a member of an eligible class of persons as described in the Classification of Eligible Persons section of the Master Application. Her coverage under the Policy terminated on the date that she separated from the company as that was the date that she ceased to meet the eligibility requirements.

AIG 00016

Page 3. Mr. Heller

In addition, your spouse did not submit written application and payment of the required premium to convert her group coverage to an individual policy. Therefore, at the time of the accident she was not covered under the Conversion Privilege Rider.

### Reservation of Rights and Defenses

On behalf of the Plan and this Company, as we have previously done, we reserve all rights and defenses concerning this benefit claim. Nothing in this letter or any other communication that you may receive from us in the future should be interpreted as waiving or prejudicing any of our rights and defenses to this claim. While we remain willing to consider new, relevant information concerning this claim, please understand that the Committee's denial of this appeal is a final plan administration decision. In this regard, you should not construe this letter or any past or future communication from us, or any action taken by us, including our review of further information, as a withdrawal, waiver or abandonment of our denial of this claim, or of any right or defense that we may have with regard to this claim.

If you have any questions, do not hesitate to contact our office at the above telephone number.

Sincerely,


Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

AIG 00017



AIG Cl     i Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE  19850-5701
800.551.0824

On behalf of:
*American International Life
Assurance Company of New York*

October 28, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:         Patricia Heller
Policy Number:  PAI 8060643
Policyholder:    Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

This letter is to advise you that your appeal will be heard by the ERISA Appeals Committee at their meeting on December 10, 2003.

We will advise the Committee's decision on your appeal once it is communicated to us. In the interim, if you have any questions, do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning this claim for plan benefits. Nothing in this letter or any other communication that you have received or will receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,


Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

A Member Company of
American International Group, Inc.

AIG 00018



**AIG** C Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE  19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

October 7, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:          Patricia Heller
Policy Number:  PAI 8060643
Policyholder:    Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

We are writing with regard to your claim for accidental death benefits under the above-referenced Policy.

Legal counsel has completed their review of this claim.  We are currently reviewing their opinion letter and will advise the status of your appeal once our review is complete.

If you have any questions, do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning this claim for plan benefits. Nothing in this letter or any other communication that you have received or will receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,

Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

A Member Company of
American International Group, Inc.

AIG 00019



AIG C( ) Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

September 10, 2003

Margaret Hurley
Mirick, O'Connell, DeMallie & Lougee
1700 Mechanics Bank Tower
100 Front Street
Worcester, MA 01608

RE:          Patricia Heller
Policy Number:  PAI 8060643
Policyholder:    Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Ms. Hurley:

Thank you for agreeing to review this claim for accidental death benefits. The claim was denied on June 23, 2003. The claimant is appealing the denial.

Enclosed are copies of the claim documents, the Policy, the Summary Plan Description and the claimant's appeal. Please review this information and advise whether the decedent was eligible for coverage under this Policy on January 29, 2003, when her accident occurred.

Thank you for your assistance. If you require additional information, please advise us as soon as possible. Also, we would appreciate receiving the results of your review within two to three weeks from receipt of this request.

If you have any questions, do not hesitate to contact me at 302.661.8920.

Sincerely,

Jill Y. Vivian
Sr. AD&D Claims Examiner

A Member Company of
American International Group, Inc.

AIG 00020

(



AIG ( n Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE 19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

September 10, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:              Patricia Heller
Policy Number:   PAI 8060643
Policyholder:    Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

We are forwarding copies of the claim documents, the Policy, the Summary Plan Description and
your appeal to legal counsel for review and opinion regarding whether your spouse was eligible for
coverage under this Policy on January 29, 2003 when her accident occurred.

Upon receipt of the results of counsel's review, we will advise the status of your appeal. If you
have any questions, do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses
concerning this claim for plan benefits. Nothing in this letter or any other communication that you
have received or will receive from us should be interpreted as waiving or prejudicing any of the
rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,

Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

A Member Company of
American International Group, Inc.

AIG 00021

(



AIG C    i Services, Inc.®
*A&H Claims Department*
P. O. Box 15701
Wilmington, DE  19850-5701
800.551.0824

On behalf of:
*American International Life*
*Assurance Company of New York*

August 29, 2003

Mr. Edward Heller
20 Indian Hill Road
Weston, MA 02493

RE:          Patricia Heller
Policy Number:  PAI 8060643
Policyholder:    Cap Gemini Ernst & Young US LLC
Date of Accident: January 29, 2003

Dear Mr. Heller:

We are writing to acknowledge receipt of your letter dated August 20, 2003, advising that you are appealing the denial of your claim for accidental death benefits.

We are currently reviewing your letter and the information that you submitted with your letter. Once our review is complete, we will advise the status of your appeal.

If you have any questions, do not hesitate to contact our office at the above telephone number.

American International Life Assurance Company of New York reserves all rights and defenses concerning this claim for plan benefits.  Nothing in this letter or any other communication that you have received or will receive from us should be interpreted as waiving or prejudicing any of the rights and defenses of ourselves or the plan, which we specifically reserve.

Sincerely,

Jill Y. Vivian
Sr. AD&D Claims Examiner
302.661.8920

cc:  CGEY Benefit Center

A Member Company of
American International Group, Inc.

AIG 00022