UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD HELLER,<br>Plaintiff,<br><br>v.<br><br>CAP GEMINI ERNST & YOUNG WELFARE PLAN (RE: ACCIDENTAL DEATH BENEFITS), AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, AND CAP GEMINI U.S. LLC,<br>Defendant. | CIVIL ACTION NO. 04-11875-WGY |

**DEFENDANT AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT AIG'S STATEMENT OF THE MATERIAL FACTS ON SUMMARY JUDGMENT AND PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

Pursuant to Local Rules 7.1 and 56.1 and the inherent authority of this Court to regulate matters before it, the defendant American International Life Assurance Company of New York ("AIG") moves for an order striking the Plaintiff's Response to Defendant AIG's Statement of the Material Facts on Summary Judgment and Plaintiff's Statement of Additional Material Facts. In support of this Motion, AIG states as follows:

1.  The plaintiff's responses should be stricken because he fails to offer appropriate supporting citations for his responses and attempts to insert legal argument into the statement of facts.

2.  For Facts 2, 3, 4, 5, 6, 11, 12, 17, 18, 19, and 22, the plaintiff cites to portions of his memorandum of law to support his responses but, with the exception of response number 15, none of his responses contain citations to the pleadings, depositions, answers to interrogatories, affidavits and/or admissions as required by Rule 56 of the Fed.R.Civ.P.

2

3. Many of the plaintiff's responses are argumentative and should be stricken.

WHEREFORE, for the foregoing reasons, the defendant American International Life Assurance Company of New York respectfully requests this Court strike the Plaintiff's Response to Defendant AIG's Statement of the Material Facts on Summary Judgment and Plaintiff's Statement of Additional Facts.

Respectfully Submitted,

**AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK**
By its attorney,

/s/ Jennifer L. Markowski
_____
Robert T. Gill, BBO #192080
Jennifer L. Markowski, BBO #655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**CERTIFICATE OF SERVICE**

I, herby certify that on Apirl 8, 2005, I caused to be electronically filed the preceding DEFENDANT AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT AIG'S STATEMENT OF THE MATERIAL FACTS ON SUMMARY JUDGMENT AND PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS in Civil Action No. 04-11875-WGY with the Clerk of Court using the CM/ECF system.

/s/ Jennifer L. Markowski
_____
Jennifer L. Markowski