**From:**
**To:**
**CC:**
**Subject:**
**Date:** Friday, April 08, 2005 4:56:41 PM
**Attachments:**

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

EDWARD HELLER,          )
                        )
    Plaintiff,          )
                        )
vs.                     )    CIVIL ACTION
                        )    FILE NO. 04-11875 - WGY
CAP GEMINI ERNST & YOUNG WELFARE )
PLAN (RE: ACCIDENTAL DEATH BENEFITS), )
AMERICAN INTERNATIONAL LIFE ASSURANCE )
COMPANY OF NEW YORK, and CAPGEMINI )
U.S. LLC                )
                        )
    Defendants          )

### AFFIDAVIT OF EDWARD HELLER IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND IN RESPONSE TO DEFENDANTS' MOTIONS TO STRIKE

I, Edward Heller, state the following under the pains and penalties of perjury:

1. I am the plaintiff in the above-referenced action.

2. At no time has either defendant offered to rebate or refund the premium they charged my wife Patricia for AD&D coverage during the period January 25, 2003 to January 31, 2003, a period each defendant claims Patricia had no coverage.

3. At no time has either defendant rebated or refunded the premium they charged my wife Patricia for AD&D coverage during the period January 25, 2003 to January 31, 2003, a period each defendant claims Patricia had no coverage.

4. I have read A.R. p. AIG 00006A. I confirm that on or about June 9, 2003 I spoke with Jill Vivian of AIG concerning the status of my claim. (See A.R. p. AIG0006A) As noted at A.R. p. AIG0006A, Ms. Vivian informed me that she had

31, 2003, a period each defendant claims Patricia had no coverage.

4. I have read A.R. p. AIG 00006A. I confirm that on or about June 9, 2003 I spoke with Jill Vivian of AIG concerning the status of my claim. (See A.R. p. AIG0006A) As noted at A.R. p. AIG0006A, Ms. Vivian informed me that she had

1

recommended to management that the claim be denied. Among other things, during the conversation, I informed her that Patricia's premiums had been paid through the end of the month (of January 2003). Ms. Vivian informed me that CGE&Y had informed AIG that Patricia's premiums were paid through her last day of work- (January 24, 2003). I informed her that her understanding was incorrect.

5. I have read Ex. 7 to Capgemini's Summary Judgment Submission. I confirm that I wrote the e mail to Laurie Jadick-Geiger dated June 10, 2003, part of which is contained in Ex. 7. My June 10, 2003 e mail to CGE&Y fairly summarizes my conversation with Jill Vivian of AIG on June 9, 2003.

6. Attached hereto as Ex. 1 is a copy of a letter I received from Josephine Hughes of Cap Gemini Ernst & Young dated June 13, 2003.

7. After receiving AIG's June 23, 2003 denial letter, I contacted CGE&Y to follow up on the discrepancy about the date through which Patricia's premium payments had been made between what I understood and what AIG was reporting they had been told by CGE&Y. I spoke to Lynn Oldham. Although I do not remember my exact words, I informed her that AIG's denial was based on erroneous information, namely that premiums were paid through January 24, 2003. During our conversation Ms. Oldham confirmed what I had always understood, namely that CGE&Y had deducted a total of $24.00 in premiums from Patricia's last two paychecks ($12.00 each from her checks dated January 15 and January 31), which represented the full premium due for Patricia's AD&D coverage for the month of January 2003. I asked Ms. Oldham to confirm this in writing so that I could

that CGE&Y had deducted a total of $24.00 in premiums from Patricia's last two paychecks ($12.00 each from her checks dated January 15 and January 31), which represented the full premium due for Patricia's AD&D coverage for the month of January 2003. I asked Ms. Oldham to confirm this in writing so that I could

2

present it to AIG. Shortly after this conversation, I received the July 31, 2003 letter from Ms. Oldham. (A.R. p. AIG 00133) Several weeks later, I received a second letter from Ms. Oldham, dated August 13, 2003. (A.R. p. AIG00131).

*/s/ Edward Heller*
EDWARD HELLER

CERTIFICATE OF SERVICE

I Joseph H. Skerry, III hereby certify that I served the forgoing by electronic mail on counsel of record.

April 8, 2005

Joseph H. Skerry, III

3