# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EDWARD HELLER
    Plaintiff

CIVIL ACTION NO. 04-11875-WGY

V.

CAP GEMINI ERNST & YOUNG WELFARE PLAN, ET AL
    Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to    ADR - SEPTEMBER, 2005    for the following ADR process:

☐ SCREENING CONFERENCE                ☐ EARLY NEUTRAL EVALUATION
X MEDIATION                           ☐ MINI-TRIAL
☐ SUMMARY JURY TRIAL                  ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE:  8/4/05                         /s/ Marie Bell
                                      Deputy Clerk

To:   All Counsel of Record
      and ADR Provider

(ADR Assignment.wpd - 4/12/2000)                                    [ntcasgnadr.]