**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action**
**No 04-11875-WGY**

**EDWARD HELLER**
**Plaintiff**

**v.**

**CAP GEMINI ERNST & YOUNG WELFARE PLAN**
**(RE: ACCIDENTAL DEATH BENEFITS)**
**AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK**
**CAPGEMINI U.S. LLC**
**Defendant**

JUDGMENT

    **This action came before the court on cross motions for Summary Judgment. After hearing, American's and CapGemini's Motions for Summary Judgment are ALLOWED and Heller's Motion for Summary Judgment is DENIED. Judgment for the Defendants.**

**Sarah A. Thornton**
**Clerk**

  **/s/ Elizabeth Smith**
**Deputy Clerk**

**Oct. 24, 2005**
**To: All Counsel**